MorganStanley
SmithBarney

# Business Active Assets Account℠
## *Client Account Agreement*

## Contents

I. General Information .......................................................................................................... 1

II. Business Active Assets Account℠ ...................................................................................... 8

III. Margin Privileges .......................................................................................................... 16

IV. What To Do If You Have a Question or Problem ............................................................ 18

This Business Active Assets Account Client Account Agreement presents the terms and conditions governing Business Active Assets Accounts established at Morgan Stanley Smith Barney LLC ("Morgan Stanley Smith Barney"). This account is carried by Morgan Stanley & Co. Incorporated (the "Clearing Firm"). Please note that throughout this Agreement "you" and "your" refers to the business entity on the accounts and "we," "our" and "us" refers to Morgan Stanley Smith Barney and/or the Clearing Firm, as applicable. "Affiliate" shall mean any company controlling us, controlled by us or under common control with Morgan Stanley Smith Barney but does not include Citigroup, Inc.

By executing the Business Active Assets Account application you agree to abide by the terms and conditions outlined in this Agreement. Please review it carefully and if you have any questions, contact your Morgan Stanley Smith Barney Financial Advisor.

# I. General Information

Certain Morgan Stanley Smith Barney business clients may open a Business Active Assets Account (referred to herein as an "Account" or a "Business Active Assets Account") (see Section II) to purchase, sell or hold securities on either a cash or margin basis, and to provide for other business financial needs. Such Account is subject to federal and state law and the rules and customs of FINRA and other industry self-regulatory organizations and exchanges. This Account is a brokerage account and is not regulated by the Investment Advisors Act of 1940. The services and tools we offer in connection with this Account are brokerage tools.

In establishing an Account, you acknowledge that we will be acting as your broker in connection with the services provided with respect to your Account. We are not acting as your investment fiduciary or investment advisor with respect to this Account. This means that you, and not Morgan Stanley Smith Barney, direct all investment in this Account (unless we have otherwise expressly agreed in writing) and you bear the ultimate responsibility for all investment decisions made in this Account.

The distribution of this Agreement in certain jurisdictions outside the United States may be restricted by law. This document does not constitute an offer or solicitation by anyone in any jurisdiction in which such offer or solicitation is not lawful, where the person making such offer or solicitation is not qualified to do so, or to anyone to whom it is unlawful to make such offer or solicitation. Prospective clients should inform themselves as to the legal requirements, exchange control regulations and applicable taxes in the countries of their respective citizenship, residence or domicile.

## USA PATRIOT Act Notice

### Important Information About Procedures for Opening a New Account or Establishing a New Customer Relationship

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each entity that opens an account or establishes a customer relationship with Morgan Stanley Smith Barney.

What this means for you: When you open an account, we will ask for the legal business name, address, federal tax identification number and other information that will allow us to verify the entity's identity. We may also ask to see other identifying documents of the entity or its principals. If all required documentation or information is not provided, Morgan Stanley Smith Barney may be unable to open an account or maintain a relationship with you.

## Statement of Morgan Stanley Smith Barney and the Clearing Broker Responsibilities

Morgan Stanley Smith Barney has entered into an agreement with Morgan Stanley & Co. Incorporated ("Morgan Stanley" or the "Clearing Firm") for the Clearing Firm to, among other duties, execute and clear brokerage transactions and custody clients' funds and securities. The Clearing Firm may provide additional services as well, including making accessible to you certain banking products and services which may be provided to you through Morgan Stanley Smith Barney, as applicable.

### Morgan Stanley Smith Barney is responsible for:

- Approving, opening, and monitoring your account(s), including obtaining, verifying, and retaining your account information and documents, accepting your account(s), and monitoring trading and other activity in your account(s).
- Providing investment advice to investment advisory clients of Morgan Stanley Smith Barney.
- Determining whether any investment advice or recommendation given to you by your Financial Advisor/Investment Representative is suitable for you, and whether persons placing instructions for your account are authorized to do so. The Clearing Firm will not give you advice about your investments in your Morgan Stanley Smith Barney account(s) and will not evaluate the suitability of investments made by you, your Financial Advisor/Investment Representative, or any other party for your Morgan Stanley Smith Barney account(s).
- Accepting orders and other instructions from you regarding your account, and promptly and accurately transmitting those orders and instructions to the Clearing Firm. The Clearing Firm will not accept orders or instructions directly from you. Morgan Stanley Smith Barney may send orders for the purchase or sale of securities on your behalf to the Clearing Firm for execution, or Morgan Stanley Smith Barney may execute the transaction and instruct the Clearing Firm to post the transaction to your account.
- Operating in compliance with all applicable laws, rules and regulations relating to its own operations and securities activities, the supervision of its sales representatives and other personnel, and the supervision of transactions and other activity in your account.
- Initially receiving funds and securities for your account, in accordance with your instructions, for prompt transfer to the Clearing Firm.
- Offering margin accounts to Morgan Stanley Smith Barney customers and setting margin requirements for Morgan Stanley Smith Barney accounts consistent with any requirements established by the Clearing Firm. Morgan Stanley Smith Barney is responsible for informing you of credit requirements of your account and how to comply with them. Morgan Stanley Smith Barney regularly receives from the Clearing Firm information on the status of margin accounts and notice of changes in the Clearing Firm house rules. You and

Morgan Stanley Smith Barney are responsible for ensuring that any extension of credit for which you apply or that you accept is suitable or appropriate for you, and that your margin accounts are at all times funded in compliance with Regulation T of the Federal Reserve Board, the rules of the New York Stock Exchange, Inc., and other applicable self-regulatory organizations and the house rules of the Clearing Firm.

- Investigating and responding to any questions or complaints you have about your account(s), confirmations, your periodic statement, or any other matter related to your account(s). Morgan Stanley Smith Barney will notify the Clearing Firm with respect to matters involving services performed by the Clearing Firm.

- Maintaining the required books and records with respect to the functions it performs.

## The Clearing Firm is responsible for:

- Executing, clearing, and settling securities transactions.

- Preparing and sending to you periodic statements of your account as well as confirmations of the transactions in your account(s). Certain of the information on your statements, such as prices and descriptions of securities are obtained from third parties. For more specific pricing information, and prior to placing orders, the Clearing Firm suggests that you contact Morgan Stanley Smith Barney. In some cases, Morgan Stanley Smith Barney may instruct the Clearing Firm to post transaction or other information to your account. The Clearing Firm does not independently verify such information. The Clearing Firm provides to Morgan Stanley Smith Barney copies of each confirmation and statement sent to you.

- Custody (or safekeeping) of funds and securities delivered to the Clearing Firm on your behalf or received by the Clearing Firm in connection with transactions in your account(s). The Clearing Firm is responsible for the handling of funds and securities which it holds or receives on your behalf in accordance with the instructions given by Morgan Stanley Smith Barney.

- Receiving and delivering funds and securities for your account in accordance with Morgan Stanley Smith Barney instructions. The Clearing Firm is not responsible for any funds or securities which are not actually delivered to it, or for any funds withdrawn from your account(s) by Morgan Stanley Smith Barney or its employees.

- Extending credit to you in connection with buying or maintaining securities in your account(s). The Clearing Firm will not determine whether any extension of credit for which you apply or accept is suitable or appropriate for you. As described above, you and Morgan Stanley Smith Barney are responsible for ensuring that your margin accounts are at all times funded in compliance with Regulation of the Federal Reserve Board, the rules of the New York Stock Exchange, Inc., and other applicable self-regulatory organizations and the

house rules of the Clearing Firm. These rules are exclusively for the protection of the Clearing Broker, and to the extent permitted by law, the Clearing Firm will not be liable to you for any failure by the Clearing Firm or Morgan Stanley Smith Barney to comply with these rules. The Clearing Firm and/or Morgan Stanley Smith Barney have the right to take market action in your account if it does not meet the credit requirements. Morgan Stanley Smith Barney regularly receives from the Clearing Firm information on the status of credit accounts and notice of changes in the Clearing Firm's house rules.

- Maintaining the required books and records with respect to the functions it performs.

## Other Important Information:

### Note to Clients Who Hold Accounts at Legacy Morgan Stanley and Legacy Smith Barney Branches Concerning Sales Charge Discounts

Mutual funds and 529 College Savings Plans ("529 Plans") generally offer sales charge discounts or "breakpoints" on share/unit classes with up-front sales charges. Clients can qualify for a breakpoint based on a single large purchase in a fund family or by aggregating a current purchase with amounts previously purchased in a fund family by using a "right of accumulation" privilege. Unit investment trusts ("UITs") offer similar sales charge breakpoints; however, the right to a sales charge discount generally only applies to purchases made on a single day through the same broker-dealer with the same UIT sponsor. Mutual fund, 529 Plan and UIT purchases made in your account or in related accounts of your family members generally qualify for breakpoints.

Clients who currently hold accounts at Legacy Morgan Stanley Branches and Legacy Smith Barney Branches* may be eligible to aggregate their mutual fund, 529 Plan or UIT investments offered by the same fund company or sponsor to qualify for breakpoints on new purchases. When making any new mutual fund or 529 Plan purchase, please inform your Financial Advisor of any mutual fund or 529 Plan purchases or holdings in the same fund family or sponsor that you may hold at your Legacy Smith Barney Branch. When making any new UIT purchase, please inform both of your Financial Advisors (i.e., your Financial Advisor at the Legacy Morgan Stanley Branch and your Financial Advisor at the Legacy Smith Barney Branch) if you are making a purchase on the same date with the same UIT sponsor through both accounts.

If you have any questions about the availability of sales charge discounts on any mutual fund, 529 Plan or UIT purchases, please ask your Financial Advisor.

* Legacy Morgan Stanley Branches and Legacy Smith Barney Branches means any Morgan Stanley Smith Barney Branch that was a Morgan Stanley Branch or Smith Barney Branch, respectively, prior to the point at which Morgan Stanley Smith Barney started doing business as an introducing broker.

## Order Routing

Pursuant to certain arrangements being entered into in connection with the Transaction, Morgan Stanley Smith Barney, subject at all times to its obligations to obtain best execution for its customers' orders, will route certain order flow to the Clearing Firm and to Citigroup Global Markets, Inc.

## Business Continuity Planning

Both Morgan Stanley Smith Barney and Morgan Stanley have taken significant steps to mitigate the impacts of business interruptions resulting from a wide variety of potential events, including the loss of key facilities and resources. Through Morgan Stanley Smith Barney's clearing agreement with Morgan Stanley, your assets will continue to be held by Morgan Stanley and Morgan Stanley Smith Barney will continue to use many of Morgan Stanley's facilities, personnel and systems to service your accounts. Morgan Stanley's existing business continuity plans will continue to apply to those facilities, personnel and systems. In addition, Morgan Stanley Smith Barney has developed its own business continuity plans to mitigate the impact of any interruption to its business operations.

You acknowledge that we are not acting as your investment fiduciary or investment advisor with respect to this Account. This means that you, and not us, direct all investments in this Account (unless we have otherwise expressly agreed in writing) and you bear the ultimate responsibility for all investment decisions made in this Account. Always consult your own advisors regarding the tax, legal and accounting implications of your investment decisions.

## Account Registration

The account registration selected determines who will have an interest in the Account. You should consult with your own legal advisors to determine the type of account registration that best meets your needs.

Your Financial Advisor can inform you of the requirements for all registrations, including:

1. Sole Proprietorship
2. Partnership
3. Corporation
4. Limited Liability Partnership/Company
5. Municipalities, Nonprofits and Other Organizations
6. Certain Trusts*

## OFAC and Politically Exposed Persons

You agree that you will not at any time, in connection with the establishment or use of any account maintained with us, engage in transactions involving, on behalf of or benefiting, any government or country that is the subject of sanctions administered by the United States Department of the Treasury's Office of Foreign Assets Control ("OFAC"). You further agree that you will not engage in transactions involving, on behalf of or benefiting, any person (individual or entity) designated on OFAC's List of Specially Designated Nationals and Blocked Persons.

You represent that neither you nor any other person who has an ownership interest in the Account or has authority over the Account is or has been a Politically Exposed Person (i.e., a senior official in the executive, legislative, administrative, military or judicial branch of a foreign government (whether elected or not) or a major foreign political party, a senior executive of a foreign government-owned corporation, or a corporation, business or other entity formed by, or for the benefit of, such a figure) or immediate family member (including, but not limited to, parents, siblings, spouse, children and in-laws) or close associate (i.e., a person who is widely and publicly known to maintain an unusually close relationship with a senior foreign political figure, including a person in a position to conduct substantial domestic and international financial transactions on behalf of such a figure) of a Politically Exposed Person within the meaning of the U.S. Department of the Treasury's Guidance on Enhanced Scrutiny for Transactions That May Involve the Proceeds of Foreign Official Corruption and as referenced in the USA PATRIOT Act. (For a more complete discussion of the preceding terms and definitions, see http://www.federalreserve.gov/boarddocs/SRLETTERS/2001/SR0103.htm). If you or any other owner of the Account or person with authority over the Account is, or has been, such a figure, you shall disclose such to Morgan Stanley Smith Barney and provide the information required by U.S. law to open and/or to service the Account.

## Client Affiliations

Industry regulations require you to notify Morgan Stanley Smith Barney if you hold a key position in a publicly traded firm or are affiliated with a financial services firm.

If you, your spouse or immediate family member is a director, 10% or greater shareholder or executive officer of a publicly traded firm, you must notify Morgan Stanley Smith Barney of your position and identify the firm. You must do the same if you, your spouse or immediate family member is affiliated with or work for a broker-dealer, bank, an insurance company, a trust company, a securities exchange, or an entity controlled by a securities exchange.

## Substitute W-9

When you open a securities account with Morgan Stanley Smith Barney, you must complete various documents based on the type of account you are opening. Additionally, federal income tax regulations require us to obtain your Social Security Number or Tax Identification Number on IRS form W-9. Otherwise, we are required to automatically withhold the applicable percentage of any dividends, interest and/or gross proceeds that may be

credited to your Account from securities transactions. In order to avoid automatic withholding, you must certify under penalties of perjury that (i) the Social Security or Tax Identification Number is correct; (ii) you are not subject to backup withholding, and (iii) you are a U.S. person (a U.S. citizen or resident, a member of a domestic partnership or a domestic corporation, or a trustee or other fiduciary for a domestic estate or trust).

Use the following guide to select the appropriate number.

| Account Type | Appropriate Number |
|---|---|
| Sole Proprietorship | Social Security Number |
| Corporation<br>Partnership<br>Limited Liability Partnership/Company<br>Municipalities, Nonprofit and Other | Federal Tax ID# |

## Account Protection

**The Securities Investor Protection Corporation:** The Securities Investor Protection Corporation ("SIPC") is a nonprofit membership organization created by the Securities Investor Protection Act of 1970, funded primarily by its member securities brokerage firms registered with the U.S. Securities and Exchange Commission. SIPC provides protection to clients of its member firms in the event a firm becomes insolvent. Morgan Stanley Smith Barney and the Clearing Firm are members of SIPC. Under SIPC rules, your Account(s) will be covered under both Morgan Stanley Smith Barney's SIPC and your Clearing Firm's membership. "Excess SIPC" coverage (see below) will be provided by the Clearing Firm.

SIPC protects against the loss of client securities up to a total of $500,000 (of which $100,000 may be in cash) per client in each separate capacity. Money market funds are considered to be securities for SIPC purposes. SIPC does not cover market losses, and it does not cover certain types of investments such as commodity futures contracts, fixed annuity contracts, precious metals, other physical commodities and foreign currency. For more information on SIPC coverage, please see the explanatory brochure available at www.sipc.org, or call 202-371-8300.

**Supplemental Protection:** The Clearing Firm has purchased, at no cost to you, a supplementary insurance policy through certain underwriters at Lloyd's of London, a well-respected name in the insurance business. This supplemental insurance applies to securities or cash in your Morgan Stanley Smith Barney Account custodied at the Clearing Firm. In the unlikely event of the Clearing Firm's insolvency, if client assets are not fully recovered and SIPC protection limits have been paid, this additional policy will become available and provide protection above the SIPC limits subject to an aggregate loss limit for all of the Clearing Firm's

clients of $1 billion including, up to $1.9 million per client for the cash portion of any remaining shortfall. If a client maintains more than one account custodied at the Clearing Firm in separate capacities (individual, joint, etc.), each account would be protected by SIPC and the supplementary protection up to the client and aggregate limits mentioned above.

**FDIC Insurance** The Federal Deposit Insurance Corporation ("FDIC") is a federal agency that insures deposits held in a bank or savings-and-loan institution. FDIC insurance covers accounts that are swept automatically into interest-bearing deposit accounts at affiliated banks ("Deposit Accounts") through our Bank Deposit Program up to applicable limits. The funds in your Deposit Accounts at each affiliated bank in the Deposit Program are eligible for insurance by the FDIC up to certain maximums depending upon the type of account you maintain with us and the balances at each program bank (including principal and accrued interest) per depositor in most insurable capacities (e.g., individual account, joint account, etc.). For more information, go to www.FDIC.gov/.

All certificates of deposit ("CDs") sold through the brokered CD Program at Morgan Stanley Smith Barney are also FDIC-insured up to certain maximums depending upon the type of account you maintain (including principal and accrued interest) per depositor in most insurable capacities (e.g., individual account, joint account, etc.).

All foreign currencies maintained in your foreign exchange account are held in accounts outside the United States and are not FDIC-insured.

## Confirmations, Statements and Other Communications

Reports of the execution of orders and statements of your Account or Accounts shall be conclusive and binding if not objected to in writing, the former within five days, and the latter within 10 days, after transmittal to you by mail or otherwise. Communications may be sent to you at the address you may hereinafter give us in writing. All communications so sent, whether by mail, telegraph, messenger or otherwise, shall be deemed given to you personally as of the date sent, whether actually received or not.

Clients suspecting an error on their monthly statement or a trade confirmation should promptly contact the manager of the branch servicing that account. It is the client's responsibility to seek immediate clarification about entries he or she does not clearly understand.

## No Obligation

It is understood and agreed that we shall be under no obligation whatsoever to enter into any contract with you.

## Your Obligations and Our Rights and Policies

### Settlement and Security Interest in Securities

When you purchase securities on a cash basis, you agree to pay for the securities within one payment period, as defined in Regulation T. Unless you make other arrangements with us, we may use Available Funds in your Account to settle a transaction.

We may require an equity deposit or a full payment before we accept your order. When you sell "long" securities, you must own the securities when you place the order. You also agree to make good delivery of the securities you are selling by settlement day.

If you do not make good delivery of your securities when making a sale, or if you do not tender the total purchase price when making a purchase, we may take appropriate steps to complete, cancel or liquidate the transaction. This may include purchasing or borrowing the securities necessary to make the delivery. Failure to make good delivery includes the deposit of securities by you that are later found to be restricted, canceled, reported lost or stolen, escheated or otherwise not freely transferable. You are responsible for all debts, costs, commissions and losses arising from any actions we must take to liquidate or close transactions in your Account, or from your failure to make timely good delivery of securities.

For our protection against credit risks and other conditions we may, without notice, decline, cancel or reverse your orders or instructions or place trading, disbursement and other restrictions on your Account.

If you know or suspect that you have received an overpayment of funds or securities, or if you know or suspect that we have not yet collected from your Account a fee you have incurred, you agree to notify us, in writing, as soon as you learn of the overpayment or uncollected fee. You further agree not to remove the overpayment of funds or securities or the uncollected fee from the Account, or to return the entire overpayment or uncollected fee to us if it has already been removed from your Account. You agree that you are required to return the full amount of the overpayment or uncollected fee to us, notwithstanding any oral representations to the contrary made by any of our personnel.

If you fail to do so, you will become liable to us not only for the amount of the overpayment or uncollected fee but also for any interest and expenses associated with its recovery.

As security for the payment of any amounts owed to us or our affiliates by you under this Agreement or otherwise, you grant to us a first priority continuing security interest in and lien on, and a right of setoff with respect to, all securities and other property that are, now or in the future, held, carried or maintained for any purpose in or through the Account and, to the extent of your interest in or through them, any present or future account with us or our Affiliates in which you have an interest.

### Payment of Obligations/Liquidation

You are responsible for payment of all obligations related to your Account. We may elect at any time, with or without notice, to make any debit balance or other obligation related to your Account immediately due and payable. We may report any past due amount to a consumer or securities credit reporting agency. We may also refer your Account to a collection agency. In general, we have the right to liquidate, in our sole discretion, your assets held by us to satisfy your obligations, including your Free Credit Balances, Money Funds, bank deposits, available margin credit, securities and other assets, as further described below.

Whenever it is necessary for our protection or to satisfy any amounts owed to us by you (including, without limitation, the filing by, on behalf of, or against you of a petition or other proceeding under any applicable bankruptcy or insolvency laws), we may—but are not required to—sell, assign and deliver all or any part of the securities and other property held in your Account, or close any or all transactions in your Account. You agree to be responsible for all costs and commissions related to such liquidations. In addition, you agree that we shall be entitled to apply any dividends, capital gains payments, interest payments or other incoming funds, such as funds that would otherwise be invested through the Dividend Reinvestment Program, to cover fees or other indebtedness to us.

We may transfer securities and other property from any brokerage account in which you have an interest to any other brokerage account, regardless of whether there are other account owners on either account, in order to satisfy deficiencies in any such account or if we think your obligations in any such account are not adequately secured.

It is our policy to attempt to contact you, when practicable, before taking any action described in this section; however, we reserve the right to take any such action without prior notice or demand for additional collateral and free of any right of redemption. Any prior demand, call or notice will not be considered a waiver of our right to sell or buy without demand, call or notice.

We may choose which securities or other property to buy or sell, which transactions to close and the sequence and timing of liquidation. Our choices may have adverse tax consequences or investment implications for you. We may take such actions on whatever exchange or market and in whatever manner (including public auction or private sale) that we choose in the exercise of our business judgment. You agree not to hold us liable for the choice of which securities or other property to buy or sell or of which transactions to close or for the timing or manner of the liquidation.

### Short Sales

You agree to designate a sell order as a "short sale" if, at the time you place the order, you either do not own the security being

sold or are unable to deliver the security in a timely manner. You agree that short-sale transactions are subject to certain regulatory rules and cannot be executed under certain market conditions. In addition, depending on market conditions, we cannot guarantee that shares will be available to facilitate a short sale.

You agree that Morgan Stanley Smith Barney and/or the Clearing Firm may, at our discretion and without notice, "buy in" securities to cover any short security position in your Account. We may take this action either on a regular settlement, cash or next-day settlement basis.

If you are unable to cover a short security position (either through delivery of the security or through our "buying in" of the security) in enough time so that we can deliver the security to the lender (to whom we have obligated ourselves), you agree to reimburse us for any losses we may sustain as a result of your failure to deliver the security.

## Callable Securities

If we hold for you bonds or preferred stock in street name or bearer form that are callable in part, you agree to participate in an impartial lottery allocation system of the called securities, according to the rules of the NYSE.

## Credit Verification and Account Information

You authorize us to obtain copies of your consumer and credit reports at our discretion, at any time, for reasons including, but not limited to, the following:

- To collect a debit balance in your Account;

- To investigate, detect and prevent fraud involving you or your Account;

- To help us evaluate whether to grant, extend or modify the terms and conditions of any margin credit you have applied for or received; or

- If a deposit of funds or securities to your Account is returned.

You further authorize us to provide information about you and your Account to consumer and credit reporting agencies and collection agencies.

## Losses Due to Extraordinary Events

We are not responsible for, and you agree not to hold us liable for, losses caused directly or indirectly by conditions beyond our control, including, but not limited to, war, terrorism, natural disasters, government restrictions, exchange or market rulings, strikes, interruptions of communications or data processing services, news or analysts' reports, market volatility or disruptions in orderly trading on any exchange or market.

## Telephone Access/Monitoring

During non-business hours or periods of peak demand, market volatility, systems upgrades or maintenance or for other reasons, access to a Financial Advisor via telephone may be limited

or unavailable. You may have your calls routed to automated telephone channels or hear informational messages. Morgan Stanley Smith Barney may assign calling teams and specific phone numbers to support certain client groups based on given factors, which may include asset levels, trading history and product ownership.

You agree that from time to time we may monitor or record telephone calls between you and us to ensure customer service quality and to comply with applicable law.

## Returned or Declined Items

If transactions in your Account reduce your Authorized Limit below zero, we will return a check unpaid or decline an ACH or funds transfer request. We will charge a fee for any check we return unpaid or for any funds transfer request we decline. For more information, read the *Account and Service Fees Schedule*, which is provided to you as part of the Account opening process and can also be found in the booklet *Your Morgan Stanley Smith Barney Account* on ClientServ.

## Holds on Checks

When you remit a check for credit to your Account, we will place a hold on it and delay crediting such funds to your Authorized Limit for up to 10 Business Days after the day the check is received. However, you will receive interest or dividends on such funds, even if during the hold period. During the hold period, checks may not be written under the Checkwriting Privilege against the funds represented by the check, nor may such funds be withdrawn. In our discretion, funds represented by the check also may be unavailable for settling of securities transactions during the hold period.

## Stop Payment

You must stop payment on a check written from your Account by contacting your Financial Advisor or calling us toll-free at 800-869-3326. If you are calling from outside the United States, call us collect at 801-902-6997. We will not be liable in any way if your order to stop payment cannot be executed or otherwise completed.

Your order to stop payment is effective for six months. After six months, you must renew your order to stop payment. Each renewal, if any, is also effective for six months. After any order ceases to be effective, we may process the check for which payment was previously ordered stopped.

A stop payment order may be withdrawn at any time. Withdrawals must be in writing to us at Morgan Stanley Smith Barney, PO Box 2621, Jersey City, NJ 07311-9820 or by calling us at the phone number provided.

Your account will be assessed a fee in connection with each stop payment order. For more information, see the *Account and Service Fees Schedule*, which is provided to you as part of the Account opening process and can also be found in the booklet *Your Morgan Stanley Smith Barney Account* on ClientServ.

## Conflicts of Interest

We are part of a diversified financial institution with many Affiliates. We and our Affiliates provide brokerage, cash management, portfolio management, execution and other financial services to many individual and business clients around the world. In addition, we act as principal in various markets.

Given these different roles, individuals and groups at Morgan Stanley Smith Barney and its Affiliates are seldom of one view as to an investment strategy. Our suggestions and recommendations to you may differ from the timing or nature of action recommended or taken by other individuals or groups at Morgan Stanley Smith Barney. Our suggestions and recommendations to you may also differ from the advice we provide to other clients.

Further, in addition to fees you may pay to us, our Affiliates may receive compensation in connection with services provided directly or indirectly to you, or we may receive other fees as further described below. By using our Affiliates we may receive other benefits.

### You acknowledge that:

- We may perform services for, or solicit business from, issuers whose securities are recommended by our employees;
- We may be paid fees by registered investment companies or other investment vehicles, including without limitation those for acting as investment advisor, administrator, custodian and transfer agent; and
- We may act as brokers, principals and/or market makers in certain markets and may do so in transactions with you.

For further information on this topic, contact your Financial Advisor.

### Custodian

Your funds and securities may be held by us in custody at third-party financial institutions selected by us. Foreign securities will typically be held outside the United States at a third-party bank or broker-dealer.

## Information Sharing

We reserve the right to employ the services of affiliates for, among other reasons, providing services contemplated by this Agreement and to allocate, in whole or in part, to such affiliates certain fees payable to us in such manner as we and such affiliates may agree in their sole discretion. You acknowledge that Morgan Stanley Smith Barney and the Clearing Firm may share with any of their affiliates and third-party service providers, and such affiliates and third-party service providers may share with Morgan Stanley Smith Barney or the Clearing Firm any information related to you, any of your subsidiaries or any of the matters or transactions contemplated hereby.

## Termination or Restriction of Accounts

You may terminate your Account at any time by giving Morgan Stanley Smith Barney notice and by ceasing to write checks and using your debit card. We may in our sole discretion close your Account or terminate any or all services rendered under this Agreement at any time and for any reason. Closing an Account or terminating our services will not affect your obligations incurred prior to closure or termination, including the obligation to pay debit card transactions, checks or other charges.

Upon termination, you must destroy all debit cards and unused checks. We may hold your funds or securities until you have notified us in writing that all debit cards and checks have been destroyed. You must instruct us with respect to the disposition of the assets in your Account. If, within 30 days from termination, we have not received your instructions, we may liquidate the assets in your Account and mail you a check representing the proceeds, minus the amount of any outstanding debit authorizations and interest charges.

We may liquidate the assets in your Account irrespective of current market conditions. You acknowledge that we are not responsible for any losses you may incur as a result of liquidating the assets in your Account under such circumstances.

### Amendments

We may amend, supplement, modify or rescind any and all provisions of this Agreement, and, unless they are adverse to you, such changes will take effect without notice to you. If, however, such changes are adverse to you, we will provide you with reasonable notice before such changes take effect.

### Governing Law and Severability

**This Agreement shall be governed by, and construed in accordance with, the laws of the State of New York without giving effect to conflicts of law principles thereof. If any provision of this Agreement becomes inconsistent with any applicable current or future law, that provision will be deemed changed to conform to the law. However, all other provisions will remain in effect. If any provision of this Agreement is determined by competent authority to be prohibited or unenforceable in any jurisdiction, that provision shall be deemed ineffective in that jurisdiction without invalidating the rest of this Agreement; any such prohibition or unenforceability shall not invalidate or render unenforceable such provisions in any other jurisdiction.**

This Agreement shall cover individually and collectively all accounts at Morgan Stanley Smith Barney for you. This Agreement shall be binding upon the present Morgan Stanley Smith Barney and Clearing Firm organizations and any successor organizations and their respective assigns; it shall be binding upon the current account owner(s) and the heirs, executors, administrators, trustees, receivers, successors and assigns of such account owner. CFS is a third-party beneficiary of this Agreement.

### Assignment of This Agreement

We may sell, transfer or assign this Agreement, in whole or in part, at any time without notice to you. You may not sell, assign or transfer any of your obligations under this Agreement.

# II. Business Active Assets Account

Business Active Assets Account provides brokerage and cash management services—all in one account. All transactions in the Account are denominated in U.S. currency. Unless otherwise indicated, all references to "dollars" or "$" are to U.S. dollars. Services are provided by Morgan Stanley Smith Barney and/or the Clearing Firm, unless otherwise noted.

The account maintenance fee for a Business Active Assets Account is set forth in the Business Active Assets Account and Service Fees Schedule, which is provided to you as part of the Account opening process and can also be found in the booklet, *Your Morgan Stanley Smith Barney Account* on ClientServ. If you are a Separately Managed Account client or you invest in either Active Assets Institutional Money Trust or Active Assets Institutional Government Securities Trust, the annual account fee is currently waived. Morgan Stanley Smith Barney reserves the right to add or change fees and services at any time. You will be notified in the event of any fee changes. The annual account fee will be deducted from your Account. If those funds are insufficient, you will be billed directly.

We may liquidate assets held in an Account to pay Account fees or other fees assessed against the Account. If we must liquidate assets and you fail to instruct us as to the liquidation of such assets, assets will be liquidated in the following order, to the extent held in the Account:

(i)   shares of money market mutual funds;
(ii)  publicly traded securities in such order as we deem reasonable;
(iii) other investments in such order as we deem reasonable;
(iv)  Limited Partnership interests.

You understand that you authorize us to liquidate securities and other property to pay Account fees and other fees without notice to you and without any prior request for additional fees from you.

Other miscellaneous account fees and charges include processing fees of $5.25 per transaction. In special circumstances, additional fees and charges (e.g., supplemental transaction and option exchange fees) may apply.

## Brokerage Services

Business Active Assets Account is a brokerage account, which may be used to purchase and sell a wide range of investments on a cash or margin basis. In addition to the asset protection provided to all accounts, as described in Section I, the Business Active Assets Account also provides a dividend reinvestment service.

### Dividend Reinvestment Service

Morgan Stanley Smith Barney's Dividend Reinvestment Service is free of charge to Business Active Assets Account clients. With this service, your cash dividends and payments resulting from capital gains and return of capital distributions will automatically be reinvested into the securities that generated these cash payments. A $10 minimum dividend reinvestment per transaction applies for this service.

## Automatic Cash Sweep Feature

### General

An important feature of your Account is the automatic investment, or "sweep," of Free Credit Balances in your Account into the Designated Sweep Investment you have selected from the Available Sweep Investments offered by us to you. If you do not choose a Designated Sweep Investment, your funds will be swept into the Available Sweep Investment designated by us as your Default Sweep Investment. We may at any time discontinue offering any Available Sweep Investment and, upon notice to you, cease offering your Designated Sweep Investment. If we cease offering your Designated Sweep Investment and you do not select a new Designated Sweep Investment, the Default Sweep Investment will become your Designated Sweep Investment.

Some, though not all, Available Sweep Investments require a minimum initial investment to activate the sweep. Applicable minimums are noted below. We may impose our own minimum investments to activate certain Designated Sweep Investments. Until such time as you meet the minimum initial investment, your Free Credit Balances will remain uninvested or will be invested in the Default Sweep Investment. We may, in our sole discretion, waive the minimum initial investment for certain clients. Free Credit Balances of $0.01 or more in your Account on any Business Day will be swept into your Designated Sweep Investment, unless you have failed to meet the applicable initial minimum investment, if any. Generally, your Free Credit Balances will be invested the next Business Day. We will not be responsible to you for any losses resulting from a delay in the investment of your funds.

You authorize us to invest your funds in your Designated Sweep Investment and to satisfy debits in your Account by redeeming shares or withdrawing funds, as applicable, from your Designated Sweep Investment. Upon any such sale, gains on your position may be taxable.

You may change your Designated Sweep Investment to another Available Sweep Investment by contacting your Financial Advisor. You agree that upon selection of a new Designated Sweep Investment we may (as applicable) sell your shares in, or withdraw your funds from, your current Designated Sweep Investment and (as applicable) purchase shares or deposit funds in your new Designated Sweep Investment. There may be a delay between the time we sell shares or withdraw funds from your current Designated Sweep Investment and the time we purchase shares

or deposit funds in your new Designated Sweep Investment. You may not earn interest or dividends during the time your funds are not invested.

We may offer other Money Funds as a nonsweep investment choice. You may purchase shares in these Money Funds by giving specific orders for each purchase to your Financial Advisor. Free Credit Balances in your Account will not be swept into these Money Funds. Please note that balances in these Money Funds are not included in your Authorized Limit.

## Available Sweep Investments

Subject to our right to discontinue offering any Available Sweep Investment or add new Available Sweep Investments, you can choose from any of the following Available Sweep Investments, provided that you meet the particular investment's eligibility criteria. You should discuss Available Sweep Investments with your Financial Advisor and review the disclosure statement or prospectus applicable to your investment choice.

You may obtain information with respect to the current yields and interest rates on the Available Sweep Investments by contacting your Financial Advisor or through Morgan Stanley Smith Barney's website at www.morganstanleyindividual.com/accountoptions/activeassets/investmentfeatures.

**Bank Deposit Program:** Through the Bank Deposit Program, a linked transaction account and money market deposit account (the "Deposit Accounts") are established at one or more Sweep Banks (collectively referred to in this Agreement as "Sweep Bank") by us, as your agent and custodian. The Sweep Bank pays interest on the Deposit Accounts established under the Bank Deposit Program. Your deposits at the Sweep Bank are insured by the FDIC up to applicable limits in accordance with FDIC rules and subject to aggregation of all the accounts (including, without limitation, certificates of deposit) that you hold at the Sweep Bank in the same capacity.

By selecting the Bank Deposit Program as your Designated Sweep Investment, you authorize us, as your agent, to establish the Deposit Accounts for you and to make deposits into, withdrawals from and transfers among the Deposit Accounts. We reserve the right to modify the terms of the Bank Deposit Program.

The Bank Deposit Program is available only to eligible clients. Proof of status may be required. If you are not a U.S. Person, you may not be eligible to sweep into the Bank Deposit Program. Please ask your Financial Advisor for details regarding eligibility for the Bank Deposit Program.

Note that cash balances in the Deposit Accounts cannot be used for margin purposes, unless you are otherwise informed.

We may modify the Bank Deposit Program in accordance with the terms set forth in the Bank Deposit Program Disclosure Statement.

**U.S. Active Assets Money Funds:** The funds include the Active Assets California Tax-Free Trust, Active Assets Institutional Government Securities Trust, Active Assets Institutional Money Trust, Active Assets New York Municipal Money Market Trust and Active Assets Tax-Free Trust (collectively, "U.S. Money Funds"). These are separate U.S. Money Funds with different investment objectives. Their fees, expenses, dividend policies and procedures may vary.

The Active Assets Institutional Government Securities Trust and Active Assets Institutional Money Trust require a $5 million initial investment and a $2 million minimum investment balance, which is tracked on a 30-day rolling average basis. The Active Assets New York Municipal Money Market Trust requires a $1 million minimum household assets balance.

If your investment falls below the minimum maintenance requirement, you will receive a notice that you have 30 days to meet the minimum investment balance requirement. If you do not do so, we will redeem and reinvest your shares as follows: shares in the Active Assets Institutional Government Securities Trust will be redeemed and the proceeds invested in the Active Assets Government Securities Trust, which will become your Designated Sweep Investment; shares in the Active Assets Institutional Money Trust will be redeemed and the proceeds invested in the Active Assets Money Trust, which will become your Designated Sweep Investment. You may be charged the annual account fee that is in effect at that time. If this occurs, you will lose at least one day's dividend because of timing differences between the ways the two funds earn dividends.

Once your sweep option has been changed we will not automatically change it back to the Active Assets Institutional Money Trust or Active Assets Institutional Government Securities Trust even if you meet the minimum investment balance requirement. You must contact your Financial Advisor to do so. However, if a pattern develops of investing in the Active Assets Institutional Government Securities Trust or Active Assets Institutional Money Trust and then falling below the minimum investment balance requirement, we may preclude you from investing in that Money Fund in the future.

Before you invest in any U.S. Money Fund, read its prospectus carefully. U.S. Money Fund shares are neither insured nor protected by the FDIC. Investment in any U.S. Money Fund is a purchase of securities issued by the U.S. Money Fund, not a bank deposit. The U.S. Money Funds' investment manager, Morgan Stanley Investment Advisors Inc., seeks to maintain each U.S. Money Fund's share price at $1.00, but it is not guaranteed.

For persons residing outside the United States or otherwise not considered a U.S. Person under applicable law, the Bank Deposit Program will be the Default Sweep Investment unless we determine that you are in an Ineligible Jurisdiction. For other Available Sweep Investment options, please review the relevant prospectus or disclosure statement to determine your eligibility.

**Offshore Money Fund:** In addition to the Bank Deposit Program and the U.S. Money Funds, Account owners who are not U.S. Persons (and who are resident in countries where we have been advised that we would be authorized to provide this service using this fund) may select Morgan Stanley SICAV's ("SICAV") liquidity fund—the Morgan Stanley SICAV U.S. Dollar Liquidity Fund ("Offshore Money Fund")—as their sweep vehicle. The Offshore Money Fund's investment objective is to provide liquidity and high current income to the extent consistent with the preservation of capital, primarily by investing in high-quality short-term transferable debt securities. An offering circular or prospectus will be sent automatically to all participants electing the Offshore Money Fund. Prospectuses and annual reports for the Offshore Money Fund are also available upon request; please contact your Financial Advisor.

The Offshore Money Fund has not been registered with the U.S. Securities and Exchange Commission. Shares of the Offshore Money Fund may not be offered or sold, directly or indirectly, in the United States or its territories or possessions or to any U.S. Persons.

Shares of the Offshore Money Fund may not be redeemed while you are in the United States. Accordingly, Account owners who have selected the Offshore Money Fund should not take any actions while in the United States that may cause redemptions, including writing checks, using World Cards or placing orders for securities.

If it comes to the attention of the SICAV at any time that the shares of the Offshore Money Fund are beneficially owned by a U.S. Person, either alone or in conjunction with any other person, SICAV may in its discretion redeem such shares as set forth in the applicable prospectus.

## Default Sweep Investment

If you do not select a Designated Sweep Investment and are otherwise eligible, the Bank Deposit Program will be your Designated Sweep Investment. (If you are not a U.S. Person, the Bank Deposit Program is the Default Sweep Investment unless we determine that you are in an Ineligible Jurisdiction.) If you fail to select a Designated Sweep Investment and are otherwise ineligible for the Bank Deposit Program, Morgan Stanley Smith Barney will notify you of your Designated Sweep Investment. The rate of return on the Default Sweep Investment may be higher or lower than the rate of return available on other Available Sweep Investments. We are not responsible to you if the Default Sweep Investment has a lower rate of return than the other Available Sweep Investments or causes any tax consequences resulting from your investment in the Default Sweep Investment.

## Taxes and Regulatory Requirements

The tax information described herein is not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer under U.S. federal tax laws.

Prospective subscribers for both the U.S. Money Fund and the Offshore Money Fund shares should consult their legal and tax advisors and inform themselves about the taxes applicable to the acquisition, holding and disposition of shares, and to distributions in respect thereof, under the laws of the countries of their citizenship, residence or domicile.

The offer and sale of these U.S. Money Fund and Offshore Money Fund shares may be restricted by law in certain jurisdictions. Investment in these U.S. Money Fund and Offshore Money Funds may involve legal requirements, foreign exchange restrictions and tax and accounting considerations unique to each investor, for which each investor bears sole responsibility for compliance. Neither we nor any of our employees makes or may make any representation that any U.S. Money Fund and Offshore Money Fund or the shares of any investment therein will satisfy such requirements or restrictions. Potential investors are advised to consult their own legal and tax advisors as to the consequences of an investment under the laws of the country of which they are residents, including the consequences of the sale, exchange or redemption of shares.

**U.S. Taxation of the U.S. Money Funds:** If you are not a U.S. Person which, solely for purposes of this paragraph, is defined in Section 7701(a)(30) of the Internal Revenue Code, and your Designated Sweep Investment is a taxable U.S. Money Fund, including the Active Assets Money Trust and the Active Assets Government Securities Trust, you may be subject to withholding of U.S. tax on distributions made by your Designated Sweep Investment of investment income and short-term capital gains. Recently, legislation amended certain rules relating to regulated investment companies. This legislation, among other things, modified the federal income tax treatment of certain distributions to you. The Designated Sweep Investment is no longer required to withhold any amounts with respect to distributions to you that are properly designated by the Designated Sweep Investment as "interest-related dividends" or "short-term capital gain dividends," provided that the income would not be subject to federal income tax if earned directly by you. Currently, the Designated Sweep Investment intends to continue to withhold these amounts. The provisions contained in the legislation relating to distributions to you would generally apply to distributions with respect to taxable years of regulated investment companies beginning after December 31, 2004, and before January 1, 2010.

**U.S. Taxation of the Offshore Money Fund:** The Offshore Money Fund intends to conduct its activities so that under current U.S. federal income tax law it will not be engaged in a U.S. trade or business and will not be required to file a U.S. federal income tax return. If the Offshore Money Fund were

ultimately found to be engaged in a U.S. trade or business, it would be subject to U.S. corporate income tax on its net income effectively connected with such business and to a branch profits tax (which is generally imposed on a foreign corporation on the repatriation from the United States of earnings and profits attributable to a U.S. trade or business) at a 30% rate on its earnings and profits attributable to such effectively connected income, subject to a number of statutory adjustments.

Generally, gain from the sale of portfolio securities and interest paid on debt securities held on behalf of the Offshore Money Fund will not be subject to U.S. withholding tax. However, if the Offshore Money Fund has indicated that it intends to acquire a debt instrument paying U.S. source income and issued on or before July 18, 1984, interest paid on such debt instrument will be subject to a 30% withholding tax. The Offshore Money Fund does not currently intend to acquire such debt instruments but may, on a very limited basis, acquire such debt instruments in the future. Neither the Offshore Money Fund nor the shareholders will be able to claim a benefit under a tax treaty for a reduced rate of U.S. withholding tax.

Neither dividends on shares nor gains or losses on the disposition of shares of the Offshore Money Fund by investors who are not U.S. Persons (which, solely for purposes of this paragraph, is defined in Section 7701(a)(30) of the Internal Revenue Code) are generally subject to U.S. taxation or withholding, assuming that neither the Offshore Money Fund nor the shareholder is engaged in a U.S. trade or business or is otherwise subject to U.S. federal income tax on a net income basis. Shares will constitute equity in a passive foreign investment company for purposes of the U.S. federal income tax. Accordingly, any U.S. Person who may potentially own shares, directly or indirectly, should consult their tax advisors.

## Cash Management Services

The following cash management services are available through your Account. If you are not a U.S. Person, these services will not be available to you if you are resident in a jurisdiction that Morgan Stanley Smith Barney determines is an Ineligible Jurisdiction. The services are authorized to be offered only in a manner consistent with applicable law. Please contact your Financial Advisor to determine your eligibility for these services.

Morgan Stanley Smith Barney and the Clearing Firm are registered broker-dealers, not banks. Where appropriate, we have entered into arrangements with licensed banks and other third parties to assist us in offering certain of these services to you.

### Check Deposits

There is no charge for checks deposited with Morgan Stanley Smith Barney. Checks deposited with Morgan Stanley Smith Barney are subject to a hold against withdrawal for up to ten (10) business days. Morgan Stanley Smith Barney will not accept third-party checks for deposit into your Account.

### Other Services

The following services are available through your Account. If you are not a U.S. Person, these services may not be available to you depending on the jurisdiction in which you reside. The services are authorized to be offered only in a manner consistent with applicable law.*

Morgan Stanley Smith Barney and the Clearing Firm are registered broker-dealers, not banks. Where appropriate, Morgan Stanley Smith Barney and the Clearing Firm have entered into arrangements with licensed banks and other third parties to assist us in offering certain of these services to you.

### Funds Transfer Service

FTS allows you to transfer funds between your Account and your depository accounts at other financial institutions. Review and complete the FTS document if you are interested in setting up automatic, recurring fixed amount transfers and/or making unscheduled transfers.

Please review the "Electronic Funds Transfer" section of this Agreement for more information on FTS transfers.

### Electronic Funds Transfer

Your Account is subject to federal law on electronic fund transfers (for example, World Card transfers and ACH transfers) if you are a natural person and have established your Account primarily for personal, household or family purposes.

Funds can be credited to, or debited from, your Account as a result of ACH entries or other money transfers. These credits and debits are normally subject to additional rules of the money transfer system that processes them, such as the rules of the National Automated Clearing House Association and the local ACH operating rules.

### FTS

Under terms and conditions of the FTS document (the "FTS Form"), which is an agreement separate from this Agreement, you may schedule automatic, recurring fixed-amount transfers or make unscheduled transfers. FTS transfers are ACH transfers. Upon enrollment in the FTS, you are assigned a Personal Identification Number ("FTS PIN") with which to authorize unscheduled fund transfers. You may incur fees in connection with the FTS. For more information on fees related to FTS, read the *Account and Service Fees Schedule*, which has been provided to you as part of the Account opening process and can also be found in the booklet *Your Morgan Stanley Smith Barney Account* on ClientServ.

### Unscheduled and Scheduled FTS Transfers

You can use the FTS to make unscheduled and scheduled deposits to and withdrawals from your Account. The type and timing of the transfer will affect the funds' availability in the

---

* Please consult your Financial Advisor to determine your eligibility for these services.

receiving account. The FTS Form contains more information on the timing of FTS transactions.

## Stopping of Scheduled FTS Transfers

If you want to stop scheduled transfers authorized through the FTS or change your instructions for scheduled transfers, contact your Financial Advisor. We must receive your instructions to stop a scheduled transfer three Business Days or more before the transfer is scheduled to be made. If you call, we may require you to put your request in writing and deliver it to us within 14 days after you call. If we receive your instructions to stop a scheduled transfer as described above and do not do so, we will, subject to the provisions of this Agreement, be liable for your losses or damages.

## Rejected Fund Transfers

Fund transfers to or from your Account may be rejected for reasons including, but not limited to, insufficient funds. Partial fund transfers are not permitted. If a fund transfer is rejected for any reason, you will be charged a fee. For information on fees related to rejected fund transfers, read the *Account and Service Fees Schedule,* which is provided to you as part of the Account opening process and can also be found in the booklet *Your Morgan Stanley Smith Barney Account* on ClientServ.

## Record of FTS Transfers

Your monthly Account statement will list the FTS transfers in your Account.

## Unauthorized FTS Transfers

If you believe that your FTS PIN has been lost or stolen, or that someone has transferred or may transfer money from your Account without your permission, call us at 800-869-3326. If you are calling from outside the United States, call us collect at 801-902-6997.

## Your Liability for Unauthorized FTS Transfers

Tell us at once if you believe your FTS PIN has been lost or stolen. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your Account. If you believe your FTS PIN has been lost or stolen and you tell us within two Business Days after you learn of the loss or theft, you can lose no more than $50 if someone used your FTS PIN without your permission.

If you do not tell us within two Business Days after you learn of the loss or theft of your FTS PIN and we can prove we could have stopped someone from using your FTS PIN without your permission if you had told us, you could lose as much as $500.

## Our Liability

Morgan Stanley Smith Barney will be liable to you for any actual losses you suffer if we fail to complete a properly requested funds transfer or to stop payment of a transfer in accordance with the terms of this Agreement or any other written agreement we may have with you. However, we will not be liable to you if a transfer cannot be completed, or is completed for a lesser amount than requested, if the Authorized Limit in your Account or available funds in your bank or credit union account are insufficient to complete the transaction. There may be other exceptions in our agreements with you. Notwithstanding the foregoing, Morgan Stanley Smith Barney will not be responsible for any consequential damages you may suffer as a result of funds that are improperly transferred or stop payment instructions that are improperly executed. Notwithstanding the foregoing, Morgan Stanley Smith Barney will not be responsible for any consequential damages you may suffer as a result of funds that are improperly transferred, stop payment instructions that are improperly executed or our failure to complete a properly requested funds transfer.

## In Case of FTS Transfer Errors

If you think your Account statement or a receipt shows incorrect or insufficient information about an FTS Transfer, notify us immediately. Call us toll-free at 800-869-3326 or write to Morgan Stanley Smith Barney, 601 Harborside Financial Center, Plaza Three, Jersey City, NJ 07311-9820. If you are calling from outside the United States, call us collect at 801-902-6997. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. If you do not tell us within 60 days after the Account statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

1. Tell us your name and account number.
2. Describe the error or the transfer in question and explain, as clearly as you can, your concerns.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also notify us in writing within 10 Business Days.

We will launch an investigation upon notice from you and, if an error is found, will correct it promptly. We may take up to 45 days to investigate your complaint or question. To ensure that you will have use of the money during the time it takes us to complete our investigation, we will credit your Account with the amount you think is in error within 10 Business Days of receiving your notice. However, if we ask you to send us written notice and we do not receive it within 10 Business Days, we may not credit your Account.

For errors involving new Accounts, bank cash terminals or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new Accounts, we may take up to 20 Business Days to credit your Account for the amount you think is in error.

We will tell you the results within three Business Days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## Checkwriting Privileges

Checkwriting privileges are available to your authorized business officers, employees and other agents, for business purposes only, through JPMorgan Chase Bank, N.A. ("JPMorgan Chase"), any successor thereto and First Data Resources Inc., any successor thereto or such other provider as we may designate ("FDR") subject to the rules of JPMorgan Chase and applicable state and federal laws. Fees that apply to items related to your use of checkwriting privileges, such as check reorders, copies of canceled checks, stop payment requests and dishonored checks, are described in the *Business Active Assets Account and Service Fees Schedule,* which is provided to you as part of the Account opening process and can also be found in the booklet *Your Morgan Stanley Smith Barney Account* on ClientServ. Each month, one check may be written free of charge, and the cost thereafter will be $1.00 per check. Federal regulations prohibit the use of Business Active Assets Account checks for the direct purchase of securities. In addition, we may prohibit your use of checks in our sole discretion. We reserve the right to delay crediting any other Morgan Stanley Smith Barney securities account with the amount of your check deposited in such account until your check has been satisfied from the available funds in your Account.

Checks should be written only in U.S. dollar amounts. Checks written in other currencies may be returned and are subject to applicable fees. If your Account includes margin privileges, overdrafts resulting from checkwriting may result in margin credit being extended to your Account. Please see the section below on Margin Privileges in this Agreement.

Upon opening an Account, you may request a supply of checks from our check vendor. You may order additional checks through our vendor or at a vendor of your choice. However, all checks must conform to Morgan Stanley Smith Barney's check specifications. A check specification sheet is available upon request. We will not be responsible for check processing errors as a result of a client's use of improper checks. In addition, we will not pay for replacement checks.

You agree to assume liability for all transactions made by any person through the use of any Account checks in connection with your Account. Therefore, you should take special care of your checks and permit only those persons that you authorize to

prepare and issue checks. You agree to notify us immediately if you believe or suspect that checks have been lost, stolen or used by an unauthorized person. We will debit your Account directly to pay JPMorgan Chase checking transactions upon notice from JPMorgan Chase. The Authorized Limit will be accessed, and debits will be satisfied, as described in this Agreement (see "The Authorized Limit" section below). All such checking transactions will be reflected on your monthly Account statement; no separate monthly checking statement will be sent.

You may request to stop payment on a check you've written by contacting your Financial Advisor or calling our Customer Service Center at 800-355-3086 (or, if calling from outside of the U.S., collect at 801-902-6997 ). There is a $30 nonrefundable fee to process the stop payment request. Neither Morgan Stanley Smith Barney nor the Clearing Firm will be liable in any way if your order to stop payment cannot be executed or otherwise completed. **Important: Stop payments are not guaranteed at the time of request. There is a 24-hour waiting period after a stop payment is processed before it can be determined if it was successful. You may call the Customer Service Center the following day to find out the status of the request. Your order to stop payment is effective for six months. After six months, you must renew your order to stop payment. Each renewal, if any, is also effective for six months. After any order ceases to be effective, we may process the check for which payment was previously ordered stopped. A stop payment order may be withdrawn at any time.** Withdrawals must be in writing to us at Morgan Stanley Smith Barney, PO Box 2621, Jersey City, NJ 07311-9820 or by calling us at the above number.

All fees and charges are subject to change, and you will be notified in the event of any change. The checkwriting feature is intended to provide easy access to the assets in your Account. The Account is not a bank account.

## Debit Cards

MasterCard® BusinessCard debit cards (each a "Card," and collectively the "Cards") are available to your officers and other agents from JPMorgan Chase for business purposes only and may be used to purchase merchandise or services or to receive cash advances. Cards may not be used to purchase any securities.

There is no annual fee for the daily debit Card. You can have up to two daily debit Cards available to you at no extra charge.

We will debit your Account directly to pay MasterCard transactions upon notice from JPMorgan Chase. The Authorized Limit will be accessed, and debits will be satisfied, as described in this Agreement (see particularly "The Authorized Limit" section below). All MasterCard transactions will be reflected on your Account monthly statement; no separate monthly MasterCard bill will be sent. The Clearing Firm, Morgan Stanley Smith Barney and/or JPMorgan Chase may, when necessary, answer or make

inquiries about a cardholder's credit history. Use of the Cards is governed by MasterCard and JPMorgan Chase regulations as well as applicable federal and state laws.

You acknowledge that you have the right under applicable federal law to receive advance notice of the varying amounts of the debit described above, but waive your right to do so. If you choose, you may then have this payment made by other means that are not otherwise incompatible with Morgan Stanley Smith Barney or the Clearing Firm operations. If you choose to have this payment made by other means, you will notify us in writing of your desire to do so.

The daily debit card may also be used to access Account funds through automated teller machines ("ATMs") connected to any MasterCard or Cirrus® networks worldwide, or MasterCard participating institutions. We do not charge you for ATM transactions. No bank fees are charged for withdrawals at JPMorgan Chase ATMs (except ATMs in casinos), however, fees from other financial institutions may apply. Amounts up to $1,000 per day may normally be withdrawn, however, local bank regulations may limit this amount. Persons expecting to make withdrawals will need personal identification numbers ("PINs").

If you use your MasterCard BusinessCard to make a transaction in a currency other than U.S. dollars, MasterCard International will convert the charge into a U.S. dollar amount. Your monthly Account statement will display a Foreign Transaction Fee for debit card transactions outside the U.S. This fee is comprised of (i) a cross-border assessment (0.80% of the U.S. dollar transaction amount) for all transactions outside the U.S. and (ii) a currency conversion assessment (0.20% of the U.S. dollar transaction amount), which applies only to transactions in currencies other than U.S. dollars, except where the exchange rate is government-mandated or otherwise fixed to the U.S. dollar.

You will be liable for all transactions made by you, or by any person authorized to act on your behalf, through the use of the Cards. A cardholder will have zero liability for unauthorized use only if the following three conditions are met:

1) The cardholder has exercised reasonable care in safeguarding such card from risk of loss, theft or unauthorized use; and

2) The cardholder has not reported two or more incidents of unauthorized use in the preceding 12 months; and

3) The cardholder's account is in good standing.

You or the authorized holder of a Card will not be liable for any unauthorized use that occurs after Morgan Stanley Smith Barney has been notified orally or in writing of a loss, theft or possible unauthorized use of such Card. Notice should be directed to the phone number specified below for lost or stolen Cards.

If any cards are lost or stolen, the Cardholder or the client should report the loss immediately by calling our Customer Service area at 800-355-3086. Representatives are available Monday through Friday from 7:00 a.m. to 11:00 p.m. Eastern Time and from 9:00 a.m. to 7:30 p.m. Eastern Time on Saturday and Sunday. After hours call 877-813-5356. For calls outside of the United States, clients may call collect at 801-902-6997. Please read the section entitled "In Case of Errors Regarding Debit Card Transactions or Electronic Funds Transfers" below for instructions on how to report errors.

The amount of purchases, withdrawals, transfers and other transactions will be deducted from your Authorized Limit as the transactions occur. The funds used for purchases will continue to earn money market fund dividends until the purchases are debited from your Account. Overdrafts resulting from use of your Card may result in margin credit being extended to your Account, in accordance with applicable law. Please see the section concerning Margin Privileges in this Agreement.

When an Account is closed, all debit cards and unused checks must be promptly destroyed. You must notify the Morgan Stanley Smith Barney branch office that you have done so to avoid a delay in the disposition of the Account's assets.

## In Case of Electronic Funds Transfer Errors

Telephone us at 800-355-3086, or if you are calling from outside the United States, call us collect at 801-902-6997, or

Write us at:  Morgan Stanley Smith Barney
PO Box 2621
Jersey City, NJ 07303-2621

Contact us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will tell you the results of our investigation within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your Account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may

nor credit your Account. If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

Morgan Stanley Smith Barney may add, modify or delete special features from time to time. More information about any of these features is available from your Financial Advisor.

## Additional Compensation; Other Conflicts

In addition to the Account fees described above, we and/or your Financial Advisor may receive additional compensation in connection with transactions and balances in your Account. For example, we may receive additional compensation in connection with the sale of mutual fund shares through sales loads, Rule 12b-1 and other service fees and revenue-sharing payments. We may receive this additional compensation from third parties or from our Affiliates. We and/or our Affiliates may also receive compensation from issuers of securities in connection with our activities as an underwriter or placement agent of their securities. We may also share compensation with our Affiliates. If we maintain a secondary market in securities, we may retain the difference between the price at which we purchase securities and the price at which we sell securities.

We may act as distributor, authorized participant, fund administrator, prime broker and/or one or more other service providers in respect of funds or other securities held by you and may perform investment banking services for issuers of securities held by you. We may receive additional compensation as a result of such roles. We may also come into possession of material nonpublic information that we will not share with you.

## The Authorized Limit

The Authorized Limit in the Account is the total amount available for investments, checkwriting and MasterCard debit card transactions, ACH or wires and borrowing for business purposes. The Authorized Limit is calculated as the sum of:

a. Free Credit Balances in such Account; plus
b. the value of your Sweep Investment; minus
c. any uncleared funds, funds reserved for debit card transactions, Account fees and other debit amounts owed to Morgan Stanley Smith Barney, the Clearing Firm and/or their affiliates; and
d. any cushion or minimum deposit amount imposed by Morgan Stanley Smith Barney for any reason, including any imposed to meet market conditions or obligations of you to Morgan Stanley Smith Barney or the Clearing Firm.

For Accounts with margin borrowing privileges, the Authorized Limit is calculated as the sum of:

a. Free Credit Balances in such Account; plus
b. the value of your Sweep Investment; plus
c. the available margin loan value; minus

d. any uncleared funds, funds reserved for debit card transactions, Account fees and other debit amounts owed to the Clearing Firm, Morgan Stanley Smith Barney and/or their affiliates; and
e. any cushion or minimum deposit amount imposed by Morgan Stanley Smith Barney for any reason, including any imposed to meet market conditions or obligations of you to the Clearing Firm or Morgan Stanley Smith Barney.

Debits arising from checkwriting, debit card transactions, securities purchases, withdrawals and Account fees are satisfied from assets in your Account in the order set forth above.

Your Authorized Limit may fluctuate on a daily basis and is dependent upon factors including, but not limited to, the time required to collect checks deposited, the market value of the securities in your Account, the timing and status of debit card and securities transactions, and the time required to confirm transactions and data between institutions. The Authorized Limit is immediately reduced at the time JPMorgan Chase is notified of the use of the MasterCard debit card, not at the time applicable sales or cash advance drafts are paid. We may withhold access to the proceeds of checks deposited until collected and until federal funds become available. If a MasterCard transaction or a check is rejected because of an insufficient Authorized Limit, neither the Clearing Firm nor Morgan Stanley Smith Barney will be liable for any consequences of the rejection. If a federal funds wire transfer instruction, including a request to redeem shares, exceeds your Authorized Limit, the wire transfer will be refused and you will need to submit a new instruction to complete the transaction. If any debit amounts exceed the Authorized Limit, you are nevertheless liable for such excess amounts, which will bear interest as set forth herein with respect to margin borrowing.

If any debit in the Account remains after Morgan Stanley Smith Barney or the Clearing Firm requested payment, then we are authorized to sell, liquidate, transfer or otherwise apply any assets of the Account holder held by the Clearing Firm to satisfy the liability, without requiring further notice or demand before such action is taken. Your liability for such obligations shall survive termination of the Account.

# Comprehensive Reporting Services

## Monthly Statements and Annual Summary Statement

Each month you will receive an Account statement that includes a summary of your portfolio's holdings by asset category, a description of securities and an overview of checkwriting, Debit Card and Sweep Investment transactions or deposit activity for the month. All monthly statements will be considered conclusive and binding unless you object in writing within 10 days of our sending the statement (except as specifically provided in the Debit Card Agreement, if applicable). You will also receive an Annual Summary Statement that recaps your financial activity for the year. If you are mistakenly credited with funds or

securities you will promptly return such funds or securities upon discovery of the error upon our request.

## Gain and Loss Summary

The Gain and Loss Summary, a detailed report of cost basis information, provides realized and unrealized capital gains and losses. This summary may not reflect your complete portfolio and the Clearing Firm and Morgan Stanley Smith Barney do not guarantee the accuracy of the information.

If cost basis information is not available, gain or loss will not be calculated. Cost basis for these securities can be provided to your Financial Advisor or entered directly on our client-only website. We are not responsible for information provided by third-party sources.

Cost basis can be subject to adjustment for certain events under applicable tax laws. While in some instances we may adjust your cost basis, we do not adjust for all events and you should contact your tax advisor to determine the appropriate information to be used in the preparation of your tax return.

## Online Services

Account clients are automatically enrolled in Morgan Stanley Smith Barney's online service (unless you indicate to your Financial Advisor that you do not want this service). Through our client-only website you have access to the valuations of your Account and any accounts linked to it through Morgan Stanley Smith Barney's Statement Linking Service. You have access to quotes for NYSE, AMEX and NASDAQ stocks, the capability to track securities, business news, a list of upcoming IPOs and access to Morgan Stanley Smith Barney research. If you are not a U.S. Person, such services may be limited or otherwise restricted.

## Account Linking Service

The Account Linking Service allows you to receive certain correspondence together in a single envelope. Correspondence includes, but is not limited to, statements, account notifications and certain other documentation and communications. In order to be linked, all accounts must have the same address, branch and Financial Advisor. Annual Summary Statements may not be linked. There is no additional charge for this service.

## eDelivery Service

With eDelivery service we will send you an e-mail notice when your statement is available online at our client-only website. When you enroll in the eDelivery service, you may choose to receive all your Account statements electronically or receive only monthly statements electronically and your annual statement in print. There is no charge for this service.

# III. Margin Privileges

This section applies to only business clients eligible and approved for margin privileges. If you are not a U.S. Person, margin privileges may not be available to you depending on the jurisdiction in which you reside.

When you purchase securities, you may pay for them in full or borrow part of the purchase price from us. If you choose to borrow from the Clearing Firm, you will open a margin account with us. The securities in your Account are the Clearing Firm's collateral for the loan to you. Note that if you have more than one Account with margin privileges, the value of marginable securities in such Accounts held in the same capacity will be aggregated to determine your cumulative margin credit. If the securities in your Account decline in value, so does the value of the collateral supporting your loan. As a result, the Clearing Firm and/or Morgan Stanley Smith Barney can take action such as issuing a margin call or selling securities or other assets in any of your Accounts held with Morgan Stanley Smith Barney to maintain the required equity in the Account.

Margin trading is not for everyone. You should examine your investment objectives, financial resources and risk tolerance to determine whether margin trading is appropriate for you. Margin privileges involve the extension of credit by the Clearing Firm to you, secured by the collateral in your Account. The amount borrowed will appear as a debit balance on which you will be charged interest at varying rates as described below. The increased leverage that margin provides may heighten both risks and rewards.

## Risks of Margin Borrowing

Borrowing on margin and using eligible securities as collateral involves a high degree of risk. Margin borrowing is not for everyone. If it is not suitable for you, you should decline margin privileges. You should examine your investment objectives, financial resources and risk tolerance to determine whether margin borrowing is suitable for you. The increased leverage that margin borrowing provides may heighten both the risks and rewards of the investment objectives and trading patterns you have established. If the securities in your Account decline in value, in most cases so does the value of the collateral supporting your margin loan. As a result, we can take action, without prior notice to you, such as issuing a Margin Call or selling the assets in any accounts that you hold with us to maintain the required equity in your Account. You also can lose more funds than you have on deposit in your Account, causing us to require the deposit of additional funds or to liquidate securities in one or more of your accounts. Because of the leverage inherent in margin borrowing, market conditions can magnify any potential loss.

## Pledging and Lending Securities

The Clearing Firm may borrow money to lend to you or other margin clients and pledge your securities as collateral for such loans. You authorize the Clearing Firm to lend any security in the margin credit portion of your Account, together with all attendant rights of ownership, either separately or together with the assets of other margin clients, to us or to others without notice to you. In connection with such loans, and securities loans made to you to facilitate short sales, we are authorized to receive and retain certain benefits, including interest on your collateral posted for such loans, to which you may not be entitled. In addition, we may receive compensation in connection with such loans. In some circumstances, such loans may limit your ability to exercise voting rights of the securities lent, either in whole or in part.

The Jobs and Growth Tax Relief Reconciliation Act of 2003 (the "Act") reduced the maximum U.S. federal income tax rate on qualifying dividends to 15%. However, receipt of payment in lieu of dividends (i.e., substitute dividends) will not be eligible for the reduced 15% tax rate. Since assets held in margin accounts held with us are generally subject to rehypothecation, substitute (rather than actual) dividends may be received by margin account customers. Under the Act, such dividends will not qualify for the lower rates on dividends.

## Adequate Margins

We have absolute discretion in determining when deposits of additional securities or cash are required from you. You agree to maintain in the margin loan portion of your Account, at all times, the equity balance required by law or custom or that we deem necessary or advisable. You also agree to fulfill your obligations to us upon demand. Even if you close your Account, this obligation will survive. Any oral agreement to the contrary is unenforceable.

No Financial Advisor or branch employee has authority to waive or modify Margin Calls or postpone sell-outs or buy-ins.

You agree to promptly notify us of any material change in your financial circumstances requiring the reorganization of your liabilities or the liquidation of your assets, including, without limitation, the filing by, against or on behalf of you of a petition or other proceeding under any applicable bankruptcy or insolvency laws.

## Actions We May Take

If for any reason we deem it necessary or advisable, you authorize us to:

- Require additional collateral or equity from you;
- Sell or transfer any or all securities or other property in any of your accounts without prior notice;
- Buy in (or "cover") or borrow any securities or other property

of which your Account may be short or with respect to which there is a failure in delivery;

- Cancel any outstanding trade orders or other commitments made on your behalf; and
- Terminate all margin privileges granted to your Account.

Reasons for us to take these actions include, but are not limited to, market volatility or trading volume, market fluctuations, your failure to supply additional collateral promptly upon request, the filing of legal proceedings against you or your accounts, your insolvency or the filing of a bankruptcy petition against, on behalf of or by you, or your death or incapacity.

While we may attempt to notify you regarding a margin deficiency, we are not obligated to do so. We may, according to our judgment and discretion, liquidate securities and other property to satisfy margin maintenance requirements without notice to you and without requesting additional collateral from you. These sales may cause you to recognize taxable income or to report losses for tax purposes. We may perform such transactions without prior notice or advertisement on the market where such business is usually transacted, at a public auction or in a private sale, including transactions with Morgan Stanley for its own account. You waive any right of redeeming the proceeds of such transactions without our consent and agree not to hold us liable for taking such actions.

We may at any time request, and you must then provide, additional financial information in connection with extending or increasing margin credit.

## Interest Rate Charged

Your interest rate is determined by the size of your margin loan (or debit) in your margin account on a daily basis. We charge a base lending rate plus an additional percentage that varies based on your average daily debit balance. Our base lending rate reflects the broker call rate, the prime rate, the federal funds rate and other commercially recognized interest rates. The base lending rate, and therefore the total interest rate you are charged, may change without notice. The current rate is always available on our website at www.morganstanleyindividual.com/CustomerService/Disclosures. For the additional percentage added to our base lending rate, please also refer to the *Margin Interest Rate Schedule,* which has previously been provided to you with the Account Application and can also be found in the booklet *Your Morgan Stanley Smith Barney Account* on ClientServ.

If the total interest rate charged to you changes for any reason other than a change to the base lending rate, we will give you at least 30 days advance written notice.

We reserve the right to charge a different (i.e., higher or lower) interest rate based on factors determined by us in our sole discretion, including, but not limited to, a high concentration

of a security or a business sector, low-priced or speculative securities, account activity or your reason for borrowing.

## Determining Your Debit Balance

You are charged interest on the net settled debit balance in your Account at the end of each day. Your daily close of business net settled debit balance is calculated by combining your Free Credit Balance, Designated Sweep Investment Balance (if applicable), and Margin debit balance. This calculation excludes credit balances in your short sale account.

Periodically, the Clearing Firm may "mark to market" any securities you sell short (or "short against the box") and adjusts your debit balance accordingly. If a security you sold short appreciates in market value over the selling price, your net debit balance will increase. If the security you sold short depreciates in value, your debit balance will decrease.

Your debit balance decreases when you deposit funds, receive dividend payments or sell securities, since we automatically use those funds to pay down your loan from us. Your net settled debit balance increases when you buy securities on margin, withdraw funds or are charged interest or other charges.

## Interest Charges

The interest rate on debit balances is calculated as follows:

| Daily Close of Business Net Settled Debit Balance | X | Applicable Interest Rate | ÷ | 360 |
|---|---|---|---|---|

Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. No interest is calculated on days when the Account has a zero balance or a credit balance. If you do not pay your interest charges on a periodic basis, you are more likely to receive a Margin Call because your debit balance will continue to increase.

## Options Trading

Options trading is available for eligible clients. Although relatively conservative methods of trading options are common, options trading can be highly speculative. Some options strategies expose you to the risk of losing far more than your original investment, and unexpected events or unusual market volatility can make it extremely difficult and costly for you to close out open options positions. Morgan Stanley Smith Barney and the Clearing Firm cannot be responsible for conditions beyond our control, including market volatility or trading

volume, government restrictions or exchange and market rulings, including trading halts. If you are considering options trading, you should be convinced that you have the requisite investment experience and the financial resources to bear any potential losses your trading strategies could expose you to, and you must conclude that options trading is suitable for you within the overall context of your investment objectives. Applications for options trading are available upon request. Prior to engaging in any options trading, you should carefully read Characteristics and Risks of Standardized Options, published by the Options Clearing House, that we will provide. You agree to read it and refrain from trading options unless you understand and accept the risks.

# IV. What to Do If You Have a Question or Problem

Whenever you have a question about your Account, you should call your Morgan Stanley Smith Barney Financial Advisor. When your Financial Advisor is not available, other branch personnel should be able to help you. In the event that you still have questions, you should contact your local Branch Manager. In the unlikely event that an issue arises which cannot be resolved to your satisfaction through discussions between you and your Financial Advisor, Branch Manager or other branch personnel, third-party assistance may be necessary.

You, Morgan Stanley Smith Barney and the Clearing Firm agree that all controversies shall be resolved through arbitration, a method by which a dispute is resolved by an independent third party known as the arbitrator.

## Arbitration Disclosures

### Arbitration Disclosures*

**This Agreement contains a predispute arbitration clause. By signing an arbitration agreement the parties agree as follows:**

a. **All parties to this Agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.**

b. **Arbitration awards are generally final and binding;** a party's ability to have a court reverse or modify an arbitration award is very limited.

c. **The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.**

d. **The arbitrators do not have to explain the reason(s) for their award.**

---

* This Arbitration provision applies to you only if you have executed this version of the Agreement. If you have executed a prior version of the Agreement, you will be bound by the Arbitration provision in the version of the Agreement you executed. Please contact your Financial Advisor for more information.

** Parties who are residents of a country other than the United States may only be able to enforce, or make recovery of, an award in the United States rather than their country of residence.

e. The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.

f. The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.

g. The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this Agreement.

No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action; or who is a member of a putative class action who has not opted out of the class with respect to any claims encompassed by the putative class action until:

(i)  the class certification is denied;

(ii)  the class is decertified; or

(iii)  the customer is excluded from the class by the court.

Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this Agreement except to the extent stated herein.

### Arbitration of Controversies*

Arbitration of Controversies**

You*** and Morgan Stanley Smith Barney and the Clearing Firm agree that all controversies between you or your principals or agents and we or any of our agents (including affiliated corporations) arising out of or concerning any of your accounts, orders or transactions, or the construction, performance, or breach of this or any other agreement between the parties, whether entered into before or after the date the Account is opened, shall be determined by arbitration only. Such arbitration shall be conducted before FINRA, any successor entity or any arbitration forum operated and/or administered by a self-regulatory organization before which the controversy may be arbitrated, as you may elect. If you make no written election addressed to Morgan Stanley Smith Barney at 2000 Westchester Avenue, Purchase, NY 10577, Attn: Legal and Compliance Division by registered mail within five days after receiving a written demand for arbitration from us, then you authorize Morgan Stanley Smith Barney to elect one of the above-listed forums for you.

The rules of the selected forum, as such rules may be amended from time to time, shall govern any arbitration proceeding between the parties and any interpretation of this arbitration agreement.

Unless otherwise inconsistent with the rules of the selected forum, any arbitration proceeding between the parties shall be heard and decided by a panel of not fewer than three arbitrators.

*Parties who are residents of a country other than the United States may only be able to enforce, or make recovery of, an award in the United States rather than in their country of residence.

**This Arbitration provision applies to you only if you have executed this version of the Agreement. If you have executed a prior version of the Agreement, you will be bound by the Arbitration provision in the version of the Agreement you executed. Please contact your Financial Advisor for more information.

*** "You" for purposes of this provision shall mean you, your heirs, successors, assigns, agents, principals and/or any other persons having or claiming to have a legal or beneficial interest in your Account, including any court-appointed trustees or receivers.

Investments and Services offered by Morgan Stanley Smith Barney LLC, and accounts carried by Morgan Stanley & Co. Incorporated; members SIPC.

MasterCard is a registered trademark of MasterCard International Incorporated. Cirrus is a registered trademark of Cirrus System Inc.

© 2009 Morgan Stanley Smith Barney

MorganStanley
SmithBarney



# AMERICAN STOCK
TRANSFER & TRUST COMPANY, LLC

## LETTER OF TRANSMITTAL

877-248-6417 (toll free) or 718-921-8317
www.amstock.com  info@amstock.com

**A COPY** (watermark)

**WHERE TO FORWARD YOUR TRANSMITTAL**
The method of delivery of certificate(s) and all other required documents is at the election and risk of the owner. If you elect to send them by mail, it is recommended that you send them by certified or registered mail with return receipt requested. Delivery will be deemed effective only when received by AST.

**By hand or Overnight courier:** American Stock Transfer & Trust Company, LLC, Operations Center, Attn: Reorganization Department, 6201 15th Avenue, Brooklyn, New York 11219

**By mail:** American Stock Transfer & Trust Company, LLC, Operations Center, Attn: Reorganization Department, P.O. Box 2042, New York, New York 10272-2042

| COMPANY NAME: | | CUSIP | COMPANY # | ACCOUNT NUMBER |
|---|---|---|---|---|
| GIGOPTIX INC LLC UNITS | | | 16108 | 9000000002 |

**ACCOUNT REGISTRATION:**

**❶**
STELLAR TECHNOLOGIES LLC
1550 S TECH LANE
MERIDIAN ID 83642

**CERTIFICATE INFORMATION:**

**❷**

| Certificate No | Shares | Certificate No | Shares |
|---|---|---|---|

**❸**

| | |
|---|---|
| Certificated shares: | 0.000 |
| Book-Entry Shares: | 7073075.000 |
| Plan Shares: | 0.000 |
| Total Shares: | 7073075.000 |

Shares from other certificates held:           0.000

You must submit your original certificates with this Letter of Transmittal. If you are not in possession of your certificates, please see Instruction # 2 on the back of this form. You do not need to sign the back of the certificates. Shares held in Book-entry and Plan form are un-certificated and need not be submitted (although this Letter of Transmittal must still be completed).

**❹**

### SUBSTITUTE FORM W-9
REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION

**THIS SUBSTITUTE FORM W-9 MUST BE FILLED OUT AND SIGNED**

PRINT YOUR TAXPAYER ID OR SOCIAL SECURITY NUMBER HERE

8ZD519976

Under penalties of perjury, I certify that: (1) The number shown on this form is my correct Taxpayer Identification Number; (2) I am not subject to backup withholding either because I am exempt from backup withholding, I have not been notified by the Internal Revenue Service ("IRS") that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am not subject to backup withholding; and (3) I am a U.S. Person (or a U.S. resident alien).

Certification Instructions — You must cross out item (2) above if you have been notified by the IRS that you are subject to backup withholding because of underreporting interest or dividends on your tax return. However, if after being notified by the IRS that you were subject to backup withholding you received another notification from the IRS stating that you are no longer subject to backup withholding, do not cross out item (2).

SIGNATURE: _____ DATE: 6/4/09

NOTE: Certain stockholders (including, among others, all corporations and certain foreign individuals) are not subject to backup withholding and reporting requirements. In order to satisfy the Exchange/Paying Agent that a foreign individual qualifies as an exempt recipient, such stockholder must submit a statement, signed under penalties of perjury, attesting to that individual's exempt status, on the appropriate and properly completed Form W-8, or successor form. Such statements can be obtained from the Exchange/Paying Agent.

**❺**

### THIS LETTER OF TRANSMITTAL MUST BE SIGNED BY ALL REGISTERED OWNERS

Each registered owner must sign here exactly as the name(s) appear(s) in the account registration. If all registered owners have signed this Letter of Transmittal, no endorsements of certificates or separate stock powers are required.

If signature is by a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation or other acting in a fiduciary or representative capacity, it must be so indicated and proper evidence of authority, satisfactory to AST, must be submitted.

THE UNDERSIGNED REPRESENTS THAT I (WE) HAVE FULL AUTHORITY TO SURRENDER WITHOUT RESTRICTION THE CERTIFICATE(S) ENCLOSED HEREIN.

SIGNATURE: _____

SIGNATURE: _____

DATE: 6/4/09

Telephone number (required): (208) 489-2144

Email address: pjudge @ stellartllc.com

IF YOU ARE AWAITING A TAXPAYER IDENTIFICATION NUMBER, WRITE "APPLIED FOR" IN THE SUBSTITUTE FORM W-9 ABOVE, AND COMPLETE AND SIGN BOTH THIS CERTIFICATION AND THE SUBSTITUTE FORM W-9. FOR FURTHER INFORMATION, PLEASE SEE THE ENCLOSED GUIDELINES.

I certify under penalties of perjury that a taxpayer identification number has not been issued to me, and either (a) I have mailed or delivered an application to receive a taxpayer identification number to the appropriate Internal Revenue Service Center or Social Security Administration Office or (b) I intend to mail or deliver an application in the near future. I understand that if I do not provide a taxpayer identification number by the time of payment, a percentage (currently 28 percent) of all reportable cash payments made to me will be withheld until I provide a number and such retained amounts will be remitted to the Internal Revenue Service as backup withholding.

Signature: _____ Date: _____

AST05 ... 16108 0000000002 ...

SIGNATURE MEDALLION GUARANTEED
MORGAN STANLEY &
CO. INCORPORATED
Place Medallion Stamp Here
( MS644 )
NYSE, INC. MEDALLION SIGNATURE PROGRAM
AUTHORIZED SIGNATURE
2000000505

### PLEASE REFER TO THE BACK OF THIS FORM FOR ADDITIONAL IMPORTANT INFORMATION AND INSTRUCTIONS ON COMPLETING THIS LETTER OF TRANSMITTAL

7

<u>INSTRUCTIONS FOR COMPLETING THE LETTER OF TRANSMITTAL</u>

❶ THIS SECTION CONTAINS YOUR CURRENT NAME AND ADDRESS AS THEY ARE REFLECTED ON OUR RECORDS. IF YOU NOW RESIDE AT A DIFFERENT ADDRESS, PLEASE FILL OUT BOX 7, AND CHECK OFF THE BOX INDICATING A PERMANENT ADDRESS CHANGE. NO MEDALLION GUARANTEE WILL BE REQUIRED.

❷ THIS SECTION INDICATES THE CERTIFICATE NUMBERS AND RESPECTIVE AMOUNT OF SHARES AS THEY ARE REFLECTED ON OUR RECORDS. IF THE CERTIFICATES IN YOUR POSESSION HAVE DIFFERENT CERTIFICATE NUMBERS, PLEASE CONTACT OUR SHAREHOLDER SERVICES UNIT AT 718-921-8317 OR TOLL-FREE AT 877-248-6417 TO CONFIRM THE LEGITIMACY OF YOUR CERTIFICATES PRIOR TO REMITTING THE TRANSMITTAL MATERIAL. IF YOU ARE NOT IN POSSESSION OF SOME OR ALL OF YOUR STOCK CERTIFICATES, YOU MUST WRITE TO AST AT THE ADDRESS ON THE REVERSE SIDE OR REPORT THE LOSS BY ACCESSING YOUR ACCOUNT AT HTTP://WWW.AMSTOCK.COM. YOU WILL BE REQUIRED TO SUBMIT THE NECESSARY FORMS AND A CHECK FOR THE POSTING OF A SURETY BOND, THE DETAILS OF WHICH WILL BE PROVIDED BY AST. PLEASE NOTE THAT THIS FORM STILL BE COMPLETED AND REMITTED ALONG WITH YOUR REPLACEMENT FORMS, BOND FEE, AND ANY ADDITIONAL CERTIFICATES THAT MAY BE IN YOUR POSSESSION.

❸ THIS SECTION SHOWS THE TOTAL AMOUNT OF SHARES OWNED BY YOU.

❹ CERTIFICATION OF YOUR TAX ID NUMBER IS REQUIRED IN ORDER TO PREVENT WITHHOLDING FROM YOUR ENTITLEMENT PROCEEDS. YOU MUST FILL OUT, SIGN, AND DATE THIS FORM W-9 (OR SUBMIT A FORM W-8, AS APPLICABLE), OTHERWISE YOUR TRANSMITTAL AND ACCOMPANYING DOCUMENTS WILL BE REJECTED BACK TO YOU.

❺ THIS SECTION MUST BE SIGNED AND DATED BY ALL REGISTERED OWNERS, OTHERWISE YOUR TRANSMITTAL AND ACCOMPANYING DOCUMENTS WILL BE REJECTED BACK TO YOU.

❻ THIS SECTION SHOULD BE COMPLETED AND SIGNED IF YOU WANT YOUR ENTITLEMENT TO BE ISSUED IN ANOTHER NAME. A MEDALLION SIGNATURE GUARANTEE WILL BE REQUIRED (I.E. SIGNATURE IS GUARANTEED BY A BANK, BROKER OR OTHER FINANCIAL INSTITUTION THAT IS A MEMBER OF A SECURITIES TRANSFER ASSOCIATION-APPROVED MEDALLION PROGRAM SUCH AS STAMP, SEMP OR MSP).

❼ THIS SECTION SHOULD BE COMPLETED AND SIGNED IF YOU WANT YOUR ENTITLEMENT TO BE MAILED TO AN ALTERNATE ADDRESS THAT IS DIFFERENT THAN YOUR ADDRESS IN THE "ACCOUNT REGISTRATION" SECTION. A MEDALLION SIGNATURE GUARANTEE WILL BE REQUIRED (I.E. SIGNATURE IS GUARANTEED BY A BANK, BROKER OR OTHER FINANCIAL INSTITUTION THAT IS A MEMBER OF A SECURITIES TRANSFER ASSOCIATION-APPROVED MEDALLION PROGRAM SUCH AS STAMP, SEMP OR MSP).

| ❻ SPECIAL ISSUANCE/PAYMENT INSTRUCTIONS | ❼ SPECIAL DELIVERY INSTRUCTIONS |
|---|---|
| To be completed ONLY if issuance/payment is to be made in a name other than that shown in the Account Registration section on the reverse side of this form. **Please note, an appropriate Form W-9 or Form W-8, as applicable, must also be completed for the person receiving the issuance/payment.** You may obtain such forms by contacting the agent at the number listed on the reverse side or by accessing either http://www.amstock.com/shareholder/sh_downloads.asp or www.irs.gov.<br><br>If you have completed this section, your signature on the face of this Letter of Transmittal must be guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP or MSP.<br><br><u>ISSUE TO:</u><br>NAME: _____<br><br>Address: _____<br><br>_____<br><br>_____<br><br>SOCIAL SECURITY OR TAXPAYER ID NUMBER OF RECIPIENT:<br><br>\| \| \| \| \| \| \| \| \| | To be completed ONLY if delivery is to be made to someone other than the registered holder(s), or to such registered holder(s) at an address other than that shown above.<br><br>If you have completed this section, your signature on the face this Letter of Transmittal must be guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP or MSP.<br><br>MAIL TO:<br>NAME: *Stellar Technologies LLC*<br>Address: *c/o Morgan Stanley Smith Barney*<br>*1087 W. River St. Ste. 300*<br>*Boise ID 83702*<br><br>☐ PLEASE CHECK THIS BOX IF THIS IS A PERMANENT CHANGE OF ADRESS<br><br>(SEE INSTRUCTION 1) |

All questions as to the validity, form and eligibility of any surrender of certificates will be determined by AST or the issuer and such determination shall be final and binding. AST or the issuer reserves the right to waive any irregularities or defects in the surrender of any certificates. A surrender will not be deemed to have been made until all irregularities have been cured or waived.

If your certificates are registered in different names, a separate Letter of Transmittal must be submitted for each registration. Additional Letters of Transmittal can be obtained by accessing http://www.amstock.com/shareholder/sh_downloads.asp or by contacting American Stock Transfer & Trust Company, LLC ("AST") at the numbers listed above.

If payment for securities is to be made to any person other than the registered holder, or if surrendered certificates are registered in the name of any person other than the person(s) signing the letter of transmittal, any stock transfer taxes payable as a result of the transfer to such person (whether imposed on the registered holder or such person) shall be paid prior to the submission of this letter of transmittal. AST reserves the right to deduct the amount of such taxes from the payment, if satisfactory evidence of the payment of such taxes, or exemption therefrom, is not submitted.

If the Letter of Transmittal is signed by a person other than the registered owner (e.g., where the shares have been assigned), the Letter of Transmittal must be accompanied by a stock power guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP or MSP.