# EXHIBIT H

# TERM LOAN AGREEMENT

| | |
|---|---|
| **BORROWER:** | **Stellar Technologies LLC** |
| **LENDER:** | **DBSI Guaranteed Capital Corporation** |
| **LOAN:** | **Term financing in the maximum principal amount of $27,127,658 secured by all assets of Stellar Technologies LLC** |
| **DATE:** | **June 1, 2005** |

# TABLE OF CONTENTS

ARTICLE I - DEFINITIONS .................................................................................................. 1

ARTICLE II - THE TERM LOAN ........................................................................................ 3
    2.01    The Term Loan .................................................................................................. 3
    2.02    Use of the Term Loan ........................................................................................ 3
    2.03    Repayment of the Term Loan ........................................................................... 4

ARTICLE III - SECURITY .................................................................................................. 4

ARTICLE IV - CONDITIONS PRECEDENT TO THE TERM LOAN ............................. 4

ARTICLE V - REPRESENTATIONS AND WARRANTIES ............................................. 5

ARTICLE VI - COVENANTS .............................................................................................. 7
    6.01    Affirmative Covenants of the Borrower ........................................................... 7
    6.02    Negative Covenants of the Borrower ............................................................... 9
    6.03    Due on Transfer ............................................................................................... 9

ARTICLE VII - EVENTS OF DEFAULT ......................................................................... 10
    7.01    Events of Default ............................................................................................ 10
    7.02    DGCC Action in Event of Default ................................................................. 12
    7.03    Notice for Certain Defaults ........................................................................... 12

ARTICLE VIII - MISCELLANEOUS ............................................................................... 12
    8.01    Amendments, etc. ........................................................................................... 12
    8.02    Notices ............................................................................................................ 12
    8.03    No Waiver; Cumulative Remedies .................................................................. 13
    8.04    Costs and Expenses ........................................................................................ 13
    8.05    Right of Setoff ................................................................................................ 13
    8.06    Binding Effect; Assignment ........................................................................... 14
    8.07    Governing Law ............................................................................................... 14
    8.08    Entire Agreement ........................................................................................... 14
    8.09    Borrower's Understanding and Intention ...................................................... 14

EXHIBIT A
EXHIBIT B
SCHEDULE I
SCHEDULE II

# TERM LOAN AGREEMENT

This Term Loan Agreement ("Agreement") dated as of the 1st day of June, 2005, is made by **Stellar Technologies LLC**, an Idaho limited liability company ("Borrower"), in favor of **DBSI Guaranteed Capital Corporation**, an Idaho corporation ("DGCC"), for the following reasons, which are material consideration and not mere recitals:

      **A.**    Borrower owns a controlling interest in each of the following entities: BioReaction Industries LLC, EmergeCore Networks LLC, iTerra Communications LLC, Wavetronix LLC (the "Entities").

      **B.**    Pursuant to that certain Bond Offering of 9.0% Secured Bonds due 2008 issued in accordance with the terms of the Confidential Offering Circular issued by DGCC dated October 1, 2002 (which Confidential Offering Circular amended, updated and superceded the original Circular dated January 15, 2002, as supplemented on July 26, 2002 and as amended, updated and superceded by a Confidential Offering Circular dated August 25, 2002), from March 2002 to August 2003, DGCC made loans to the Entities and Borrower in the cumulative principal amounts as follows:

| | |
|---|---|
| Borrower | $ 4,774,536.00 |
| BioReaction Industries LLC | $ 3,186,889.00 |
| EmergeCore Networks LLC | $ 3,876,100.00 |
| iTerra Communications LLC | $11,313,833.00 |
| Wavetronix LLC | $ 3,976,300.00 |
| Total | $27,127,658.00 |

which principal advances are provided in further detailed on Schedule I hereto.

      **C.**    Although four of the loans and advances were made directly from DGCC to the Entities, it was the intent of both DGCC and Borrower that all loans would be made to Borrower and secured by Borrower's assets, including Borrower's interests in the Entities, and Borrower would subsequently loan funds to the Entities. The advances made to the Entities were made by DGCC on behalf of Borrower and the notes and account entries evidencing loans from DGCC to the Entities were an administrative error.

      **D.**    DGCC and Borrower desire to correct the errors made and document an amended and restated loan to the Borrower in the amount of $27,127,658.00, secured by all of Borrower's assets, including Borrower's interests in the Entities, under the terms and conditions of the Agreement.

      **E.**    Borrower shall submit a loan application and DGCC shall document an amended and restated term loan to Borrower in the amount of $27,127,658.00 (the "Term

F.    Subject to the terms and conditions of this Agreement, together with DGCC's reliance on the materiality and truth of the promises, warranties and representations herein set forth, which constitute binding covenants, warranties and representations of Borrower and not mere recitals, DGCC agrees to make the Term Loan in the amount and upon the terms and conditions herein specified.

NOW, THEREFORE, in consideration of the promises, covenants and agreements contained herein, and in reliance upon all statements made herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Borrower agrees as follows:

## ARTICLE I - DEFINITIONS

As used in this Agreement, the following terms shall have the following meanings (such meanings to be applicable to both the singular and plural forms of the terms defined):

"Affiliate" with respect to any person (hereinafter "such person") shall mean any other person (i) who directly or indirectly through one or more intermediaries controls, or is controlled by, or is under common control with, such person, (ii) that beneficially owns or holds ten (10) percent or more of the shares of any class of the voting stock of such person, or (iii) who owns beneficially or holds (directly or through any subsidiary) ten (10) percent or more of the shares of any class of voting stock of such person or any subsidiary of such person. The term "control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of a person, whether through the ownership of voting stock, by contract or otherwise. The term "Affiliate", when used herein without reference to any person, shall mean an Affiliate of the Borrower.

"Borrower" means Stellar Technologies LLC.

"Business Day" means a day of the year on which national banks in the State of Idaho are open to the public for business.

"Closing" or "Closing Date" means the date all documents or requirements contemplated by this Agreement are signed, delivered to and accepted by DGCC.

"Collateral" means the property described in Exhibit A hereto.

"Collateral Documents" has the meaning assigned to that term in Article III.

"DGCC" means DBSI Guaranteed Capital Corporation.

"Default" means an Event of Default or an event that would constitute an Event of Default but for the requirement that notice be given or time elapse or both.

"Event of Default" has the meaning assigned to that term in Section 7.01.

"Guarantor" means DBSI Housing Inc., an Idaho corporation

"Guaranty" means the guaranty executed by the Guarantor in connection herewith.

"Indebtedness" means, for any person including Borrower, (i) all indebtedness for borrowed money, including but not limited to the Term Loan, or services in respect of which such person is liable, contingently or otherwise, as obligor or otherwise, or in respect of which such person otherwise assures a creditor against loss, and (ii) obligations under leases, assignments, deeds of trust or other documents that shall have been or should be, in accordance with generally accepted accounting principles, recorded as capital leases in respect of which such person is liable, contingently or otherwise, or in respect of which such person otherwise assures a creditor against loss.

"Loan Documents" means this Agreement, the Term Note, the Collateral Documents executed and delivered by the Borrower, related financing statements and other instruments of perfection, any loan application and any financial statements heretofore or hereafter delivered, and all documents relating to any of the foregoing.

"Maturity Date" means January 15, 2008.

"Note" means the amended and restated promissory note executed by the Borrower contemporaneously herewith in the face amount of Twenty Seven Million One Hundred Twenty Seven Thousand Six Hundred Fifty Eight and No/100 Dollars ($27,127,658.00), bearing interest at eleven percent (11%) per annum.

"Permitted Liens" means (i) the liens and security interests contemplated by this Agreement to secure the Note hereunder; (ii) liens for taxes, assessments or similar charges either not yet due, or being contested in good faith and by appropriate proceedings adequately reserved against, in the opinion of the Borrower's independent certified public accounting firm; (iii) liens of materialmen, mechanics, or carriers or other like liens arising in the ordinary course of business and securing the obligations that are being contested in good faith and by appropriate proceedings and are adequately reserved against, in the opinion of the Borrower's independent certified public accounting firm; and (iv) senior liens and security interests or such other liens DGCC may expressly identify and approve, and which are listed on Exhibit B attached hereto.

"Person" means an individual, corporation, partnership, joint venture, trust, unincorporated organization or any other legal entity.

"Secured Obligations" has the meaning assigned to that term in Article III.

"Term Loan" has the meaning assigned to that term in Article II.

## ARTICLE II - THE TERM LOAN

### 2.01    The Term Loan

Subject to compliance with the terms and conditions hereof, DGCC shall make the loan to the Borrower at Closing in a principal amount of Twenty-seven Million One Hundred Twenty-seven Thousand Six Hundred Fifty-eight and No/100 Dollars ($27,127,658.00) ("Term Loan").

### 2.02    Use of the Term Loan

The Borrower agrees that all proceeds of Term Loan will be used primarily for business purposes.

### 2.03    Repayment of the Term Loan

The Borrower shall repay to DGCC the Term Loan on the terms of the Note.

## ARTICLE III - SECURITY

(a)    As security for the payment of the Term Loan and interest accruing thereon, all other amounts payable by the Borrower hereunder and under the Note and the performance of all other Indebtedness of the Borrower hereunder and under the Note (the "Secured Obligations"), at Closing the Borrower shall execute and deliver a security agreement and such other additional documents as requested and on forms approved by DGCC., necessary to grant a security interest in the Collateral and shall authorize the filing of UCC Financing Statementsto perfect DGCC's lien on the Collateral.

(b)    The instruments referred to or implicit in this Article III are hereinafter collectively referred to as the "Collateral Documents."

## ARTICLE IV - CONDITIONS PRECEDENT TO THE TERM LOAN

The obligation of DGCC to disburse the Term Loan is subject to the conditions precedent that DGCC shall have received on the Closing Date all of the following, in form and substance satisfactory to DGCC:

(a)    The Note duly executed by Borrower;

(b)    The duly executed Collateral Documents;

(c)    Copies of the policies of insurance required by Article 6 or irrevocable commitments to issue the same if the same are required at the sole discretion of DGCC.

(d)     Delivery of all company resolutions authorizing execution of the documents as well as true and complete copies of the Borrower's organization and operating documents setting forth the legal status of the Borrower.

## ARTICLE V - REPRESENTATIONS AND WARRANTIES

The Borrower represents and warrants to DGCC as follows:

(a)     The Borrower is a limited liability company, duly organized, validly existing and in good standing wherever the Borrower owns property or conducts business. The Borrower is authorized to conduct business in the State of Idaho, has all requisite power and authority to conduct its business, to own its assets and to execute, deliver and perform its obligations under the Loan Documents.

(b)     The execution and delivery of the Loan Documents and performance by the Borrower of the covenants and obligations of the Loan Documents do not and will not (i) violate any provision of any law, rule, regulation, order, writ, judgment, injunction, decree or the like affecting the Borrower; (ii) result in a breach of or constitute a default under any indenture or loan or credit agreement or any other agreement, lease or instrument to which the Borrower is a party or by which it or its properties may be bound or affected; or (iii) except as contemplated by this Agreement, result in or require the creation or imposition of any mortgage, deed of trust, pledge, lien, security interest or other charge or encumbrance of any nature upon or with respect to any of the properties now owned or hereafter acquired by the Borrower.

(c)     No authorization, consent, approval, license, exemption of or filing or registration with any court or governmental authority or regulatory body is required for the due execution, delivery or performance by the Borrower of any of the Loan Documents.

(d)     Each of the Loan Documents evidences and will constitute legal, valid and binding obligations of the Borrower in accordance with their respective terms.

(e)     The Borrower is not a party to any indenture, loan or credit agreement or any lease or other agreement or instrument the performance or non-performance of which would have a material adverse effect on the business, properties, assets, operations or condition, financial or otherwise, of the Borrower or its abilities to carry out its obligations under the Loan Documents.

(f)     The Borrower will file all tax returns (federal, state and local) required to be filed by it and pay all taxes as the same become due, including interest and penalties, other than such taxes which are currently payable without penalty or interest or are being contested in good faith and by appropriate proceedings and adequately reserved against to the satisfaction of DGCC.

(g)     The Borrower is not presently in default under any material term, including, without limitation, a default which would give rise to a right of acceleration, of any agreement or instrument relating to any Indebtedness owing by the Borrower.

(h)     The Borrower has the ability to cause a lien to be placed on the Collateral and assets described in the Collateral Documents subject to no security interest, encumbrance or lien or the claim of any third person, except for Permitted Liens listed in Exhibit B attached hereto.

(i)     All permits, licenses, approvals or other authorizations from and registrations with federal, state, municipal and other governmental agencies and private associations or organizations necessary to operate the Borrower's business have been obtained by it and are valid.

(j)     None of the representations or warranties made by the Borrower in this Agreement or in any of the other Loan Documents, as of the respective dates of such representations and warranties, and none of the statements contained in any exhibit or report furnished by or on behalf of the Borrower to DGCC in connection with this Agreement and the other Loan Documents, contains any untrue statement of a material fact or omits any material fact necessary to make such statement not misleading.

(k)     Except for the due execution of the Collateral Documents and filing of UCC financing Statements, no further action, including any filing or recording of any other agreement, is necessary in order to establish and perfect DGCC's lien on, or perfected security interest in, any Collateral.

(l)     All the terms and conditions hereof and the transactions described herein are binding upon and enforceable against the Borrower and do not violate any applicable usury laws.

(m)     All financial information of the Borrower is correct as to the financial condition of the Borrower represented therein, and no material fact known to the Borrower necessary to make such financial information not misleading has been omitted, and since the date of such financial information, no material adverse changes have occurred as to the financial conditions represented therein.

(n)     With respect to the Borrower, there are no actions, suits or proceedings pending or threatened against or affecting the Borrower before any court or governmental agency, arbitrator or instrumentality that if determined adversely to the Borrower (i) would involve an aggregate liability in excess of Fifteen Thousand Dollars ($15,000), or (ii) would have a material adverse effect on the financial condition, properties or operations of the Borrower.

# ARTICLE VI - COVENANTS

## 6.01    Affirmative Covenants of the Borrower

So long as any amount payable hereunder shall remain unpaid or DGCC shall have any commitment hereunder, the Borrower covenants that it will, unless DGCC shall otherwise consent in writing:

(a)    Maintain and preserve the Borrower's existence and its rights, franchises and privileges in the State of Idaho and qualify and remain qualified in good standing in each jurisdiction in which such qualification is from time to time necessary or desirable in view of its business and operations or the ownership of its properties.

(b)    Maintain insurance with responsible and reputable insurers in such amounts and covering such risks as is usually carried by Persons engaged in similar businesses. All such insurance shall be in form and amount and with companies satisfactory to DGCC as an additional loss payee. The Borrower will furnish DGCC with copies of the original policies or certificates of all insurance. All insurance policies shall provide that they shall not be terminated or cancelled nor shall the coverage or amounts thereunder or thereof be reduced without at least 30 days prior written notice to DGCC. Receipt of notice of termination or cancellation of any such insurance policies or reduction of coverage or amounts thereunder shall entitle (but not obligate) DGCC to renew any such policies, cause the coverage and amounts thereof to be maintained at levels satisfactory to it or otherwise to obtain similar insurance in place of such policies, in each case at the expense of the Borrower.

Notwithstanding the foregoing, at a minimum Borrower will provide the following insurance:

(i)    A comprehensive public liability insurance policy that provides coverage in an amount of $1,500,000 per occurrence and insurance coverage on all tangible assets, equipment and other items in an amount sufficient for their replacement. DGCC shall be named on the policy as additional insured and additional loss payee.

(ii)    Evidence of adequate and acceptable business interruption insurance coverage in an amount sufficient to cover scheduled payments under the Note for a period of one year, after giving effect to deductible, coinsurance and other provisions that may reduce amounts available to DGCC.

(c)    Pay and discharge all taxes, assessments and governmental charges or levies imposed upon the Borrower or upon the Borrower's income or profits, or upon any of Borrower's assets, prior to the date on which penalties attach thereto, and all lawful claims which, if unpaid, might become a lien or charge upon the Collateral, except to the extent such taxes, assessments or governmental charges or levies are being contested in good faith and are adequately reserved against to the satisfaction of DGCC.

(d)     Comply with the requirements of all applicable laws, rules, regulations and orders of any governmental authority with jurisdiction over the Borrower's assets or business operations. By way of illustration, but not limitation, the Borrower shall comply fully with the Americans with Disabilities Act, and any regulation promulgated thereunder .

(e)     At any reasonable time and from time to time, permit DGCC or any of its agents or representatives to examine and make copies of and abstracts from the records and books or account of the Borrower and to discuss the business affairs, finances and accounts of the Borrower. DGCC shall not disclose to any third party any information obtained, discovered or revealed during such examination, except as otherwise required by law or to enforce its rights hereunder.

(f)     Keep adequate records and books of account, in which complete entries will be made in accordance with generally accepted accounting principles, consistently applied, reflecting all financial transactions of the Borrower in conjunction with the Borrower and its Affiliates, or as otherwise required by applicable rules and regulations of any governmental agency or regulatory authority (federal, state, local or foreign) having jurisdiction over the Borrower or the transactions contemplated by this Agreement.

(g)     (i) Execute, acknowledge, deliver, file, notarize and register at its own expense all such further agreements, instruments, certificates, documents and assurances and perform such acts as DGCC shall deem necessary or appropriate to effectuate the purposes of this Agreement and other Loan Documents; (ii) promptly obtain from time to time and maintain in full force and effect at its own expense all such governmental licenses, authorizations, consents, permits and approvals as may be required to enable the Borrower to comply with its obligations hereunder and under the Loan Documents; and (iii) promptly provide DGCC with evidence of the foregoing in form and substance satisfactory to DGCC.

(h)     Each year during the life of this Agreement, on or before the forty-fifth day following the end of the Borrower's fiscal year end, if DGCC so requests, provide DGCC with new financial statements and state and federal tax returns of the Borrower; provided, however, that if an Event of Default has occurred and is continuing, the Borrower shall provide to DGCC any financial reports, information and tax returns immediately upon DGCC's request therefore.

## 6.02     Negative Covenants of the Borrower

So long as any principal amount of the Term Loan or any other amount payable hereunder shall remain unpaid or DGCC shall have any commitment hereunder, the Borrower will not, without the prior written consent of DGCC:

(a)     Pay, hypothecate, pledge, transfer or loan (collectively, "distribute") any cash or other assets of the Borrower to or for the benefit of any member, partner, or any Affiliate of the Borrower, while the Term Loan is in default; provided, however, without DGCC's prior consent.

(b)     Guarantee to any person, other than persons holding a Permitted Lien, the payment or performance of any obligation to any third person, unless performance of such guarantee is expressly subordinate to the obligations under the Term Loan, and any security interest or other lien to secure performance of such guarantee is subordinate to the security interests and liens of the Borrower granted to DGCC under the Loan Documents.

### 6.03     Due on Transfer

(a)     If all or any part of the Collateral or an interest therein is sold or transferred by the Borrower directly or indirectly, for or without consideration, including without limitation, by transfer of interests in the Borrower, by liquidation distributions, by testate or intestate succession or by any other direct or indirect means, without DGCC's prior written consent, DGCC may, at DGCC's option, declare all the Secured Obligations to be immediately due and payable. Consent to any such transfer shall not be deemed to be consent or waiver of the necessity of consent to any other transfer.

(b)     If DGCC, in its sole and absolute discretion, determines that a prospective transferee is sufficiently creditworthy to assume and perform all of the Borrower's obligations under the Term Loan, DGCC shall permit such assumption and the release of the Borrower, effective upon the occurrence of both of the following:  (i) due execution by the transferee of documentation satisfactory to DGCC evidencing assumption of all obligations yet to be performed under the Term Loan; and (ii) payment to DGCC of its actual costs to consider such a transfer, which costs include without limitation attorney fees plus an assumption fee equal to one percent (1%) of the obligations assumed. Whether or not such a transfer is consummated, the Borrower will be responsible for, and pay upon demand, all costs of DGCC to consider such a transfer, and the same shall be a Secured Obligation, accruing interest pursuant to the Note.

(c)     If DGCC exercises such option to accelerate, DGCC shall mail the Borrower notice of acceleration which shall provide a period of not more than 30 days from the date the notice is mailed within which the Borrower shall pay the sums declared due. If the Borrower fails to pay such sums prior to the expiration of such period, DGCC may, without further notice or demand invoke any and all remedies permitted by the Loan Documents or allowed at law or in equity.

### ARTICLE VII - EVENTS OF DEFAULT

### 7.01     Events of Default

If any one of the following events shall occur and be continuing, the same shall constitute an "Event of Default" giving rise to all of the rights and remedies described in section 7.02.

(a)     The Borrower shall fail to pay when due any amount of principal or interest on Note or any fee or other amount payable hereunder.

(b)     Any representation or warranty by the Borrower or any Guarantor in connection with this Agreement or the Loan Documents shall prove to have been incorrect in any material respect when made or deemed made.

(c)     The Borrower shall fail in any material respect to perform or observe any other term, covenant or agreement contained in this Agreement, in any of the Collateral Documents or Loan Documents on its part to be performed or observed.

(d)     (i) The Borrower shall fail to pay any Indebtedness (other than that evidenced by the Note) of the Borrower, or any interest or premium thereon, when due (whether by scheduled maturity, required prepayment, acceleration, demand or otherwise) and such failure shall continue after the applicable grace period, if any, specified in the agreement or instrument relating to such Indebtedness; or (ii) the Borrower shall fail to perform or observe any term, covenant or condition on its part to be performed or observed under any agreement or instrument relating to any such Indebtedness, when required to be performed or observed, and such failure shall continue after the applicable grace period, if any, specified in such agreement or instrument, if the effect of such failure to perform or observe is to accelerate, or to permit the acceleration of, the maturity of such Indebtedness; or (iii) any such Indebtedness shall be declared to be due and payable or required to be prepaid (other than by a regularly scheduled required prepayment), prior to the stated maturity thereof.

(e)     (i) The Borrower or any Guarantor shall become insolvent or fail generally to pay his or its debts (including payrolls) as such debts become due, or shall make a general assignment for the benefit of creditors; or (ii) the Borrower or any Guarantor shall file a voluntary petition in bankruptcy or a petition or answer seeking reorganization, to effect a plan or other arrangement with creditors or any other relief under any other state or federal law relating to bankruptcy or reorganization granting relief to debtors, whether now or hereafter in effect, or shall file an answer admitting the jurisdiction of the court and the material allegations of any involuntary petition filed against the Borrower or any Guarantor pursuant to the bankruptcy law or any such other state or federal law; or (iii) any order for relief shall be entered against the Borrower, any Guarantor or any of its present or future constituent general partners as debtor in any involuntary proceeding under the bankruptcy law or any such other state or federal law; or (iv) the Borrower or any Guarantor shall be adjudicated a bankrupt; or (v) the Borrower or any Guarantor shall apply for or consent to the appointment of any custodian, receiver or trustee for all or any substantial part of Borrower's or any present or future constituent partner's property; or (vi) the Borrower or any Guarantor shall take any action to authorize any of the actions set forth above in this subsection; or (vii) an involuntary petition seeking any of the relief specified in this subsection 7.01(e) shall be filed against the Borrower or any Guarantor, and shall not be dismissed within sixty (60) days.

(f)     Any writ of execution, attachment or garnishment or any lien, or any other legal process, shall be issued against any Collateral and shall not be discharged or bonded against, within thirty (30) days after the issuance or attachment of any such writ or lien.

(g)     A material adverse change in the financial condition, business or operations of the Borrower or any Guarantor shall occur that gives reasonable grounds to

conclude, in the judgment of DGCC, that the Borrower or any Guarantor cannot, or will be unable to, perform its obligations under this Agreement or the Loan Documents.

(h)     Any license, authorization or other governmental approval, material to the conduct of the business of the Borrower shall be revoked, withdrawn or withheld or shall otherwise cease to remain in full force and effect (unless the Borrower provides DGCC with evidence that such license authorization or bond has been reinstated within a period of ten (10) days), or any property of the Borrower material to the conduct of its business shall be seized or otherwise appropriated.

### 7.02    DGCC Action in Event of Default

Upon the occurrence of any Event of Default described in Section 7.01 hereof, (i) DGCC may by written notice to the Borrower (a) declare the obligation of DGCC to make the Term Loan to be terminated, whereupon the same shall forthwith terminate, and/or (b) declare any unpaid principal amount of the Note, all interest accrued and unpaid thereon and all other amounts payable under this Agreement to be forthwith due and payable (thereafter accruing interest at the Default Rate as defined in the Note), whereupon the Note, all such accrued interest and all such other amounts shall become and be forthwith due and payable, without presentment, demand, protest or further notice of any kind, all of which are hereby expressly waived by the Borrower and the Guarantor, provided that if any Event of Default described in subsection (d) of Section 7.01 shall occur in respect of the Borrower, the result which would otherwise occur only upon giving of notice by DGCC to the Borrower as specified in subclause (a) or (b) this clause (i) shall occur automatically without the giving of any such notice; and (ii) DGCC may immediately, and whether or not the actions referred to in the preceding clause (i) have been taken, exercise any or all of its rights and remedies under any Collateral Documents, including, without limitation, the rights of a secured party pursuant to the Uniform Commercial Code.   DGCC may exercise remedies in whatever order it deems appropriate.

### 7.03    Notice for Certain Defaults

Notwithstanding any provision hereof (except section 7.01(d) and the proviso related thereto in section 7.02, above), DGCC shall refrain from exercising any of its rights or remedies for a period of ten (10) days following notice to the Borrower as herein provided for any Event of Default except for the failure to make any payment when due, in which case DGCC may exercise concurrently or in any order, without notice, its rights and remedies existing hereunder, at law or in equity.

## ARTICLE VIII - MISCELLANEOUS

### 8.01    Amendments, etc.

No amendment or waiver of any provision of this Agreement or the Note, nor consent to any departure by the Borrower therefrom shall in any event be effective unless the



same shall be in writing and signed by DGCC, and then such waiver or consent shall be effective only in the specific instance and for the specific purpose for which given.

### 8.02    Notices

All notices and other communications provided for hereunder shall, unless otherwise stated herein, be in writing and mailed or sent or delivered, as to each party hereto, at its address set forth hereunder:

> if to the Borrower, addressed to:
>
> Stellar Technologies LLC
> 1550 South Tech Lane
> Meridian, ID  83642
>
> and if to the Lender, addressed to:
>
> DBSI Guaranteed Capital Corporation
> 1550 South Tech Lane
> Meridian, Idaho  83642
> Attention:  Charles Hassard



or at such other address as shall be designated by such party in a written notice to the other parties hereto. All such notices and communications shall be deemed given and effective, in the case of written notice, when deposited in the United States mail, registered or certified mail, return receipt requested, except that notices and communications to DGCC pursuant to Articles II and III shall not be effective until received by DGCC.

### 8.03    No Waiver; Cumulative Remedies

No failure on the part of DGCC to exercise, and no delay in exercising, any right hereunder or under any Loan Document shall operate as a waiver thereof, nor shall any single or partial exercise of any such right preclude any other or further exercise of any other right. The remedies herein provided are cumulative and not exclusive of any remedies provided by law.

### 8.04    Costs and Expenses

The Borrower agrees to pay on demand all reasonable costs and expenses of DGCC (including attorney's fees) in connection with any amendments, modification or waiver of any of the terms of this Agreement or the other Loan Documents, and all direct costs incurred by DGCC not associated with general administration incurred by DGCC for the ongoing servicing, that is, routine receipt of payments, calculation of accruals, posting and reporting of or relating to the Term Loan. The Borrower further agrees to pay on demand all reasonable costs and expenses, if any, of DGCC (including attorney's fees) in connection with the enforcement of this Agreement or any other Loan Documents, including, without limitation, costs and expenses



sustained by DGCC as a result of any failure by the Borrower to perform or observe its obligations contained herein or in the Loan Documents.

### 8.05 Right of Setoff

Upon the occurrence and during the continuance of any Event of Default, DGCC hereby is authorized at any time and from time to time, without notice to the Borrower (any such notice being expressly waived by the Borrower), to set off and apply any and all deposits (general or special, time or demand, provisional or final) at any time held and other Indebtedness at any time owing by DGCC to or for the credit or the account of the Borrower against any and all of the obligations of the Borrower now or hereafter existing under this Agreement or the Note, irrespective of whether or not DGCC shall have made any demand under this Agreement or the Note and although such obligations may be unmatured. DGCC agrees promptly to notify the Borrower after any such setoff and application made by DGCC, provided that the failure to give such notice shall not affect the validity of such setoff and application. The rights of DGCC under this Section 8.05 are in addition to other rights and remedies (including, without limitation, other rights of setoff) that DGCC may have.

### 8.06 Binding Effect; Assignment

This Agreement shall be binding upon the Borrower and inure to the benefit of DGCC and their respective heirs, successors and assigns, except that the Borrower shall not have the right to assign its rights hereunder or any interest herein without the prior written consent of DGCC. DGCC may sell, pledge, assign, transfer, deliver, dispose of or grant participation in all or any portion of its rights and benefits hereunder and under the Note and any Person receiving such pledge, transfer, delivery or disposition shall be entitled to enforce all the terms and obligations of this Agreement and/or the Note. The Borrower agrees that in connection with any such grant or assignment, DGCC may deliver to the prospective participant or assignee financial statements and other relevant information relating to the Borrower.

### 8.07 Governing Law

This Agreement, the Note and the Loan Documents shall in all respects be governed by, and construed in accordance with, the law of the State of Idaho.

### 8.08 Entire Agreement

This Agreement, Collateral Documents and the Loan Documents constitute the entire agreement among the parties with respect to the subject matter hereof, superseding all prior or contemporaneous discussions, understandings or agreements, whether written or verbal.

### 8.09 Borrower's Understanding and Intention

The Borrower, in consideration of the financing accommodations extended, and with a clear understanding of the terms of the Loan Documents and this

This Agreement, Collateral Documents and the Loan Documents constitute the entire agreement among the parties with respect to the subject matter hereof, superseding all prior or contemporaneous discussions, understandings or agreements, whether written or verbal.

**8.09    Borrower's Understanding and Intention**

The Borrower, in consideration of the financing accommodations extended, and with a clear understanding of the terms of the Loan Documents and this Agreement, hereby declares its intention to be bound by such terms and promises unconditionally to perform fully and faithfully each and every one of its obligations hereunder and under the Loan Documents.

IN WITNESS WHEREOF, the Borrower has caused this Agreement to be executed by its duly authorized general partners.

Dated this 1st day of June, 2005.

**BORROWER:**

Stellar Technologies LLC, an Idaho limited liability company

By:_____
    Douglas L. Swenson, Authorized Management Board
    Member

**LENDER:**

DBSI Guaranteed Capital Corporation,
an Idaho corporation

By:_____
    Charles E. Hassard, Vice President

# EXHIBIT A

## Collateral

All of Borrower's right title and interest in accounts, accounts receivable, contract rights, security deposits, rents, issues, general intangibles related to or arising from any account, or other forms of obligations of receivables arising from the sale or lease of inventory by the Borrower in the ordinary course of its business and otherwise; all goods, inventory, and equipment in all forms and wherever located, including leased items; all documents, documents of title, guarantees, deposits, chattel paper (whether tangible or electronic), proceeds of insurance, and promissory notes, including, but not limited to the promissory notes and limited liability company membership units described on Schedule II attached hereto and incorporated herein; all investment property, all interest, dividends or distributions accrued or to accrue thereon, whether or not due; all deposit accounts, money, interest, dividends and distributions accrued or to accrue thereon, whether or not due; all general intangibles and all documentation and supporting information related thereto, payment intangibles, software, letter-of-credit rights, intellectual property, supporting obligations, permits, licenses, and franchises; heretofore or hereafter acquired together with all replacements thereof and accessories, parts, additions and accessions now or hereafter affixed or used in connection therewith, and proceeds thereof.

# EXHIBIT B

## Permitted Liens

None

# SCHEDULE I

## Schedule of Principal Advances

(See Attached)

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **These columns represent Stellar borrowings from DBSI GCC** | | | | | | |

**DBSI - Stellar**

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| STE | 08/09/02 | 300,000 | 300,000 | - | 11.00% | - | | - | 300,000 |
| STE | 09/13/02 | 120,000 | 420,000 | 35 | 11.00% | 3,164 | | 3,164 | 423,164 |
| STE | 10/04/02 | 390,000 | 810,000 | 21 | 11.00% | 2,658 | | 5,822 | 815,822 |
| STE | 10/15/02 | 50,000 | 860,000 | 11 | 11.00% | 2,685 | | 8,507 | 868,507 |
| STE | 10/16/02 | 150,000 | 1,010,000 | 1 | 11.00% | 259 | | 8,766 | 1,018,766 |
| STE | 10/18/02 | 200,000 | 1,210,000 | 2 | 11.00% | 609 | | 9,375 | 1,219,375 |
| STE | 10/25/02 | 50,000 | 1,260,000 | 7 | 11.00% | 2,553 | | 11,928 | 1,271,928 |
| STE | 10/30/02 | 50,000 | 1,310,000 | 5 | 11.00% | 1,899 | | 13,827 | 1,323,827 |
| STE | 11/01/02 | 40,000 | 1,350,000 | 2 | 11.00% | 790 | | 14,617 | 1,364,617 |
| STE | 11/07/02 | 150,000 | 1,500,000 | 6 | 11.00% | 2,441 | | 17,058 | 1,517,058 |
| STE | 11/08/02 | 25,000 | 1,525,000 | 1 | 11.00% | 452 | | 17,510 | 1,542,510 |
| STE | 11/13/02 | 150,000 | 1,675,000 | 5 | 11.00% | 2,298 | | 19,808 | 1,694,808 |
| STE | 11/14/02 | 50,000 | 1,725,000 | 1 | 11.00% | 505 | (50,000) | (29,687) | 1,695,313 |
| STE | 11/20/02 | 125,000 | 1,850,000 | 6 | 11.00% | 3,119 | | (26,568) | 1,823,432 |
| STE | 11/26/02 | 140,000 | 1,990,000 | 6 | 11.00% | 3,345 | | (23,223) | 1,966,777 |
| STE | 11/27/02 | 65,000 | 2,055,000 | 1 | 11.00% | 600 | | (22,623) | 2,032,377 |
| STE | 12/13/02 | 30,000 | 2,085,000 | 16 | 11.00% | 9,909 | | (12,714) | 2,072,286 |
| STE | 12/18/02 | 140,000 | 2,225,000 | 5 | 11.00% | 3,142 | | (9,572) | 2,215,428 |
| STE | 12/31/02 | | 2,225,000 | 13 | 11.00% | 8,717 | | (855) | 2,224,145 |
| ST | 01/06/03 | 175,000 | 2,400,000 | 6 | 11.00% | 4,023 | | 3,168 | 2,403,168 |
| STE | 01/10/03 | 60,000 | 2,460,000 | 4 | 11.00% | 2,893 | | 6,061 | 2,466,061 |
| STE | 01/21/03 | 87,000 | 2,547,000 | 11 | 11.00% | 8,155 | | 14,216 | 2,561,216 |
| STE | 01/24/03 | 30,000 | 2,577,000 | 3 | 11.00% | 2,303 | | 16,519 | 2,593,519 |
| STE | 01/31/03 | 50,000 | 2,627,000 | 7 | 11.00% | 5,436 | | 21,955 | 2,648,955 |
| STE | 02/04/03 | 300,000 | 2,927,000 | 4 | 11.00% | 3,167 | | 25,122 | 2,952,122 |
| STE | 02/24/03 | 280,000 | 3,207,000 | 20 | 11.00% | 17,642 | | 42,764 | 3,249,764 |
| STE | 03/04/03 | 20,000 | 3,227,000 | 8 | 11.00% | 7,732 | | 50,496 | 3,277,496 |
| STE | 03/05/03 | 175,000 | 3,402,000 | 1 | 11.00% | 973 | | 51,469 | 3,453,469 |
| STE | 03/07/03 | 26,000 | 3,428,000 | 2 | 11.00% | 2,051 | | 53,520 | 3,481,520 |
| STE | 03/18/03 | 311,000 | 3,739,000 | 11 | 11.00% | 11,364 | (150,000) | (85,116) | 3,653,884 |
| STE | 03/21/03 | 25,000 | 3,764,000 | 3 | 11.00% | 3,380 | | (81,736) | 3,682,264 |
| STE | 03/28/03 | 47,025 | 3,811,025 | 7 | 11.00% | 7,940 | | (73,796) | 3,737,229 |
| STE | 04/04/03 | 92,000 | 3,903,025 | 7 | 11.00% | 8,040 | | (65,756) | 3,837,269 |
| STE | 04/15/03 | 34,511 | 3,937,536 | 11 | 11.00% | 12,939 | (34,511) | (87,328) | 3,850,208 |
| STE | 04/18/03 | 741,000 | 4,678,536 | 3 | 11.00% | 3,560 | | (83,768) | 4,594,768 |
| STE | 04/30/03 | | 4,678,536 | 12 | 11.00% | 16,920 | | (66,848) | 4,611,688 |
| STE | 05/06/03 | 38,000 | 4,716,536 | 6 | 11.00% | 8,460 | | (58,388) | 4,658,148 |
| STE | 05/29/03 | 21,000 | 4,737,536 | 23 | 11.00% | 32,693 | | (25,695) | 4,711,841 |
| STE | 05/31/03 | | 4,737,536 | 2 | 11.00% | 2,856 | | (22,839) | 4,714,697 |
| STE | 06/04/03 | 5,000 | 4,742,536 | 4 | 11.00% | 5,711 | | (17,128) | 4,725,408 |
| STE | 06/17/03 | 12,000 | 4,754,536 | 13 | 11.00% | 18,580 | | 1,452 | 4,755,988 |
| STE | 06/30/03 | | 4,754,536 | 13 | 11.00% | 18,627 | | 20,079 | 4,774,615 |
| STE | 07/31/03 | | 4,754,536 | 31 | 11.00% | 44,419 | | 64,498 | 4,819,034 |
| STE | 08/04/03 | 10,000 | 4,764,536 | 4 | 11.00% | 5,731 | | 70,229 | 4,834,765 |
| STE | 08/08/03 | 10,000 | 4,774,536 | 4 | 11.00% | 5,744 | | 75,973 | 4,850,509 |
| ST | 08/18/03 | | 4,774,536 | 10 | 11.00% | 14,389 | (240,000) | (149,638) | 4,624,898 |
| STE | 08/31/03 | | 4,774,536 | 13 | 11.00% | 18,706 | | (130,932) | 4,643,604 |
| STE | 09/01/03 | | 4,774,536 | 1 | 11.00% | 1,439 | | (129,493) | 4,645,043 |
| STE | 09/19/03 | | 4,774,536 | 18 | 11.00% | 25,900 | (240,000) | (343,593) | 4,430,943 |
| STE | 09/30/03 | | 4,774,536 | 11 | 11.00% | 15,828 | | (327,765) | 4,446,771 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | | | These columns represent Stellar borrowings from DBSI GCC | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
| **DBSI - Stellar** | | | | | | | | | |
| STE | 10/31/03 | | 4,774,536 | 31 | 11.00% | 44,606 | | (283,159) | 4,491,377 |
| STE | 11/30/03 | | 4,774,536 | 30 | 11.00% | 43,167 | | (239,992) | 4,534,544 |
| STE | 12/13/03 | | 4,774,536 | 13 | 11.00% | 18,706 | (230,000) | (451,286) | 4,323,250 |
| STE | 12/31/03 | | 4,774,536 | 18 | 11.00% | 25,900 | 97,314 | (328,072) | 4,446,464 |
| STE | 01/31/04 | | 4,774,536 | 31 | 11.00% | 44,606 | | (283,466) | 4,491,070 |
| STE | 02/29/04 | | 4,774,536 | 29 | 11.00% | 41,728 | | (241,738) | 4,532,798 |
| STE | 03/31/04 | | 4,774,536 | 31 | 11.00% | 44,606 | | (197,132) | 4,577,404 |
| STE | 04/30/04 | | 4,774,536 | 30 | 11.00% | 43,167 | | (153,965) | 4,620,571 |
| STE | 05/17/04 | | 4,774,536 | 17 | 11.00% | 24,461 | (30,000) | (159,504) | 4,615,032 |
| STE | 05/31/04 | | 4,774,536 | 14 | 11.00% | 20,145 | | (139,359) | 4,635,177 |
| STE | 06/30/04 | | 4,774,536 | 30 | 11.00% | 43,167 | | (96,192) | 4,678,344 |
| STE | 07/08/04 | | 4,774,536 | 8 | 11.00% | 11,511 | (104,000) | (188,681) | 4,585,855 |
| STE | 07/31/04 | | 4,774,536 | 23 | 11.00% | 33,095 | | (155,586) | 4,618,950 |
| STE | 08/31/04 | | 4,774,536 | 31 | 11.00% | 44,606 | | (110,980) | 4,663,556 |
| STE | 09/15/04 | | 4,774,536 | 15 | 11.00% | 21,584 | (52,000) | (141,396) | 4,633,140 |
| STE | 09/30/04 | | 4,774,536 | 15 | 11.00% | 21,584 | | (119,812) | 4,654,724 |
| STE | 10/13/04 | | 4,774,536 | 13 | 11.00% | 18,706 | (200,000) | (301,106) | 4,473,430 |
| STE | 10/31/04 | | 4,774,536 | 18 | 11.00% | 25,900 | | (275,206) | 4,499,330 |
| STE | 11/30/04 | | 4,774,536 | 30 | 11.00% | 43,167 | | (232,039) | 4,542,497 |
| ST | 12/31/04 | | 4,774,536 | 31 | 11.00% | 44,614 | (257,516) | (444,941) | 4,329,595 |
| STE | 01/31/05 | | 4,774,536 | 31 | 11.00% | 44,606 | | (400,335) | 4,374,201 |
| STE | 02/28/05 | | 4,774,536 | 28 | 11.00% | 40,289 | | (360,046) | 4,414,490 |
| STE | 03/31/05 | | 4,774,536 | 31 | 11.00% | 44,606 | | (315,440) | 4,459,096 |
| STE | 04/30/05 | | 4,774,536 | 30 | 11.00% | 43,167 | | (272,273) | 4,502,263 |
| STE | 05/31/05 | | 4,774,536 | 31 | 11.00% | 44,606 | | (227,667) | 4,546,869 |
| STE | 06/30/05 | | 4,774,536 | 30 | 11.00% | 43,167 | | (184,500) | 4,590,036 |
| STE | 07/31/05 | | 4,774,536 | 31 | 11.00% | 44,606 | | (139,894) | 4,634,642 |
| STE | 08/31/05 | | 4,774,536 | 31 | 11.00% | 44,606 | | (95,288) | 4,679,248 |
| STE | 09/30/05 | | 4,774,536 | 30 | 11.00% | 43,167 | | (52,121) | 4,722,415 |
| STE | 10/31/05 | | 4,774,536 | 31 | 11.00% | 44,606 | | (7,515) | 4,767,021 |
| STE | 11/30/05 | | 4,774,536 | 30 | 11.00% | 43,167 | | 35,652 | 4,810,188 |
| STE | 12/31/05 | | 4,774,536 | 31 | 11.00% | 44,606 | | 80,258 | 4,854,794 |
| STE | 01/31/06 | | 4,774,536 | 31 | 11.00% | 44,606 | | 124,864 | 4,899,400 |
| STE | 02/28/06 | | 4,774,536 | 28 | 11.00% | 40,289 | | 165,153 | 4,939,689 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | | | These columns represent Stellar borrowings given to Bio-Reaction | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |

**DBSI - Stellar - Bio**

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| BIO | 04/04/02 | 150,000 | 150,000 | - | 11.00% | - | | - | 150,000 |
| BIO | 04/10/02 | 40,000 | 190,000 | 6 | 11.00% | 271 | | 271 | 190,271 |
| BIO | 04/24/02 | 40,000 | 230,000 | 14 | 11.00% | 802 | | 1,073 | 231,073 |
| BIO | 04/24/02 | 50,000 | 280,000 | - | 11.00% | - | | 1,073 | 281,073 |
| BIO | 04/30/02 | 15,000 | 295,000 | 6 | 11.00% | 506 | | 1,579 | 296,579 |
| BIO | 05/03/02 | 125,000 | 420,000 | 3 | 11.00% | 267 | | 1,846 | 421,846 |
| BIO | 05/08/02 | 39,000 | 459,000 | 5 | 11.00% | 633 | | 2,479 | 461,479 |
| BIO | 05/21/02 | 40,900 | 499,900 | 13 | 11.00% | 1,798 | | 4,277 | 504,177 |
| BIO | 05/31/02 | 10,000 | 509,900 | 10 | 11.00% | 1,507 | | 5,784 | 515,684 |
| BIO | 05/31/02 | 45,000 | 554,900 | - | 11.00% | - | | 5,784 | 560,684 |
| BIO | 06/06/02 | 75,000 | 629,900 | 6 | 11.00% | 1,003 | | 6,787 | 636,687 |
| BIO | 06/18/02 | 42,000 | 671,900 | 12 | 11.00% | 2,278 | | 9,065 | 680,965 |
| BIO | 06/30/02 | 140,000 | 811,900 | 12 | 11.00% | 2,430 | | 11,495 | 823,395 |
| BIO | 07/17/02 | 92,000 | 903,900 | 17 | 11.00% | 4,160 | | 15,655 | 919,555 |
| BIO | 07/23/02 | 45,000 | 948,900 | 6 | 11.00% | 1,634 | | 17,289 | 966,189 |
| BIO | 08/08/02 | 45,000 | 993,900 | 16 | 11.00% | 4,576 | | 21,865 | 1,015,765 |
| BIO | 09/04/02 | 46,000 | 1,039,900 | 27 | 11.00% | 8,087 | | 29,952 | 1,069,852 |
| BIO | 09/09/02 | 94,000 | 1,133,900 | 5 | 11.00% | 1,567 | | 31,519 | 1,165,419 |
| BIO | 09/17/02 | 46,000 | 1,179,900 | 8 | 11.00% | 2,734 | | 34,253 | 1,214,153 |
| BI | 10/03/02 | 45,000 | 1,224,900 | 16 | 11.00% | 5,689 | | 39,942 | 1,264,842 |
| BIO | 10/11/02 | 70,000 | 1,294,900 | 8 | 11.00% | 2,953 | | 42,895 | 1,337,795 |
| BIO | 10/16/02 | 43,000 | 1,337,900 | 5 | 11.00% | 1,951 | | 44,846 | 1,382,746 |
| BIO | 10/29/02 | 144,000 | 1,481,900 | 13 | 11.00% | 5,242 | | 50,088 | 1,531,988 |
| BIO | 10/31/02 | (25,000) | 1,456,900 | 2 | 11.00% | 893 | | 50,981 | 1,507,881 |
| BIO | 11/02/02 | 45,000 | 1,501,900 | 2 | 11.00% | 878 | | 51,859 | 1,553,759 |
| BIO | 11/02/02 | 50,000 | 1,551,900 | - | 11.00% | - | | 51,859 | 1,603,759 |
| BIO | 11/26/02 | 46,000 | 1,597,900 | 24 | 11.00% | 11,225 | | 63,084 | 1,660,984 |
| BIO | 11/27/02 | 90,000 | 1,687,900 | 1 | 11.00% | 482 | | 63,566 | 1,751,466 |
| BIO | 12/11/02 | 45,500 | 1,733,400 | 14 | 11.00% | 7,122 | | 70,688 | 1,804,088 |
| BIO | 12/12/02 | 60,000 | 1,793,400 | 1 | 11.00% | 522 | | 71,210 | 1,864,610 |
| BIO | 12/20/02 | 99,000 | 1,892,400 | 8 | 11.00% | 4,324 | | 75,534 | 1,967,934 |
| BIO | 12/31/02 | | 1,892,400 | 11 | 11.00% | 6,273 | | 81,807 | 1,974,207 |
| BIO | 01/06/03 | 47,000 | 1,939,400 | 6 | 11.00% | 3,422 | | 85,229 | 2,024,629 |
| BIO | 01/06/03 | 75,000 | 2,014,400 | - | 11.00% | - | | 85,229 | 2,099,629 |
| BIO | 01/20/03 | 56,700 | 2,071,100 | 14 | 11.00% | 8,499 | | 93,728 | 2,164,828 |
| BIO | 01/20/03 | 63,000 | 2,134,100 | - | 11.00% | - | | 93,728 | 2,227,828 |
| BIO | 02/04/03 | 45,300 | 2,179,400 | 15 | 11.00% | 9,647 | | 103,375 | 2,282,775 |
| BIO | 02/04/03 | 75,000 | 2,254,400 | - | 11.00% | - | | 103,375 | 2,357,775 |
| BIO | 02/18/03 | 45,000 | 2,299,400 | 14 | 11.00% | 9,512 | | 112,887 | 2,412,287 |
| BIO | 02/18/03 | 50,000 | 2,349,400 | - | 11.00% | - | | 112,887 | 2,462,287 |
| BIO | 02/25/03 | 50,000 | 2,399,400 | 7 | 11.00% | 4,956 | | 117,843 | 2,517,243 |
| BIO | 03/04/03 | 54,000 | 2,453,400 | 7 | 11.00% | 5,062 | | 122,905 | 2,576,305 |
| BIO | 03/17/03 | 87,000 | 2,540,400 | 13 | 11.00% | 9,612 | | 132,517 | 2,672,917 |
| BIO | 03/21/03 | 40,000 | 2,580,400 | 4 | 11.00% | 3,062 | | 135,579 | 2,715,979 |
| BI | 03/31/03 | 44,000 | 2,624,400 | 10 | 11.00% | 7,777 | | 143,356 | 2,767,756 |
| BI | 04/15/03 | 40,000 | 2,664,400 | 15 | 11.00% | 11,864 | | 155,220 | 2,819,620 |
| BIO | 04/15/03 | 40,489 | 2,704,889 | - | 11.00% | - | (40,489) | 114,731 | 2,819,620 |
| BIO | 04/15/03 | 80,000 | 2,784,889 | - | 11.00% | - | | 114,731 | 2,899,620 |
| BIO | 04/24/03 | 103,000 | 2,887,889 | 9 | 11.00% | 7,554 | | 122,285 | 3,010,174 |
| BIO | 04/29/03 | 37,000 | 2,924,889 | 5 | 11.00% | 4,352 | | 126,637 | 3,051,526 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| These columns represent Stellar borrowings given to Bio-Reaction | | | | | | | | | |
| **DBSI - Stellar - Bio** | | | | | | | | | |
| BIO | 05/09/03 | 65,000 | 2,989,889 | 10 | 11.00% | 8,815 | | 135,452 | 3,125,341 |
| BIO | 05/13/03 | 40,000 | 3,029,889 | 4 | 11.00% | 3,604 | | 139,056 | 3,168,945 |
| BIO | 05/29/03 | 37,000 | 3,066,889 | 16 | 11.00% | 14,610 | | 153,666 | 3,220,555 |
| BIO | 06/11/03 | 43,000 | 3,109,889 | 13 | 11.00% | 12,015 | | 165,681 | 3,275,570 |
| BIO | 07/08/03 | 40,000 | 3,149,889 | 27 | 11.00% | 25,305 | | 190,986 | 3,340,875 |
| BIO | 07/23/03 | 37,000 | 3,186,889 | 15 | 11.00% | 14,239 | | 205,225 | 3,392,114 |
| BIO | 07/31/03 | | 3,186,889 | 8 | 11.00% | 7,683 | | 212,908 | 3,399,797 |
| BIO | 08/31/03 | | 3,186,889 | 31 | 11.00% | 29,773 | | 242,681 | 3,429,570 |
| BIO | 09/01/03 | | 3,186,889 | 1 | 11.00% | 960 | 6,451 | 250,092 | 3,436,981 |
| BIO | 09/30/03 | | 3,186,889 | 29 | 11.00% | 27,853 | | 277,945 | 3,464,834 |
| BIO | 10/31/03 | | 3,186,889 | 31 | 11.00% | 29,773 | | 307,718 | 3,494,607 |
| BIO | 11/30/03 | | 3,186,889 | 30 | 11.00% | 28,813 | | 336,531 | 3,523,420 |
| BIO | 12/31/03 | | 3,186,889 | 31 | 11.00% | 29,773 | | 366,304 | 3,553,193 |
| BIO | 01/31/04 | | 3,186,889 | 31 | 11.00% | 29,773 | | 396,077 | 3,582,966 |
| BIO | 02/29/04 | | 3,186,889 | 29 | 11.00% | 27,853 | | 423,930 | 3,610,819 |
| BIO | 03/31/04 | | 3,186,889 | 31 | 11.00% | 29,773 | | 453,703 | 3,640,592 |
| BIO | 04/30/04 | | 3,186,889 | 30 | 11.00% | 28,813 | | 482,516 | 3,669,405 |
| BIO | 05/17/04 | | 3,186,889 | 17 | 11.00% | 16,327 | (25,000) | 473,843 | 3,660,732 |
| BIO | 05/31/04 | | 3,186,889 | 14 | 11.00% | 13,446 | | 487,289 | 3,674,178 |
| BIO | 06/14/04 | | 3,186,889 | 14 | 11.00% | 13,446 | (51,000) | 449,735 | 3,636,624 |
| BIO | 06/30/04 | | 3,186,889 | 16 | 11.00% | 15,367 | | 465,102 | 3,651,991 |
| BIO | 07/31/04 | | 3,186,889 | 31 | 11.00% | 29,773 | | 494,875 | 3,681,764 |
| BIO | 08/31/04 | | 3,186,889 | 31 | 11.00% | 29,773 | | 524,648 | 3,711,537 |
| BIO | 09/30/04 | | 3,186,889 | 30 | 11.00% | 28,813 | | 553,461 | 3,740,350 |
| BIO | 10/31/04 | | 3,186,889 | 31 | 11.00% | 29,773 | | 583,234 | 3,770,123 |
| BIO | 11/30/04 | | 3,186,889 | 30 | 11.00% | 28,813 | | 612,047 | 3,798,936 |
| BIO | 12/31/04 | | 3,186,889 | 31 | 11.00% | 29,773 | 4,460 | 646,280 | 3,833,169 |
| BIO | 01/31/05 | | 3,186,889 | 31 | 11.00% | 29,773 | | 676,053 | 3,862,942 |
| BIO | 02/22/05 | | 3,186,889 | 22 | 11.00% | 21,130 | (300,000) | 397,183 | 3,584,072 |
| BIO | 02/28/05 | | 3,186,889 | 6 | 11.00% | 5,763 | | 402,946 | 3,589,835 |
| BIO | 03/31/05 | | 3,186,889 | 31 | 11.00% | 29,773 | | 432,719 | 3,619,608 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | These columns represent Stellar borrowings given to EmergeCore | | | | | | |

**DBSI - Stellar - EME**

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| EME | 03/26/02 | 50,000 | 50,000 | - | 11.00% | - | | - | 50,000 |
| EME | 04/01/02 | 50,000 | 100,000 | 6 | 11.00% | 90 | | 90 | 100,090 |
| EME | 04/09/02 | 81,000 | 181,000 | 8 | 11.00% | 241 | | 331 | 181,331 |
| EME | 04/15/02 | 75,000 | 256,000 | 6 | 11.00% | 327 | | 658 | 256,658 |
| EME | 04/19/02 | 21,000 | 277,000 | 4 | 11.00% | 309 | | 967 | 277,967 |
| EME | 04/19/02 | 75,000 | 352,000 | - | 11.00% | - | | 967 | 352,967 |
| EME | 04/26/02 | 400,000 | 752,000 | 7 | 11.00% | 743 | | 1,710 | 753,710 |
| EME | 05/03/02 | 75,000 | 827,000 | 7 | 11.00% | 1,586 | | 3,296 | 830,296 |
| EME | 05/10/02 | 150,000 | 977,000 | 7 | 11.00% | 1,745 | | 5,041 | 982,041 |
| EME | 05/16/02 | 80,600 | 1,057,600 | 6 | 11.00% | 1,767 | | 6,808 | 1,064,408 |
| EME | 05/21/02 | 75,000 | 1,132,600 | 5 | 11.00% | 1,594 | | 8,402 | 1,141,002 |
| EME | 05/31/02 | 50,000 | 1,182,600 | 10 | 11.00% | 3,413 | | 11,815 | 1,194,415 |
| EME | 05/31/02 | 55,000 | 1,237,600 | - | 11.00% | - | | 11,815 | 1,249,415 |
| EME | 05/31/02 | 77,000 | 1,314,600 | - | 11.00% | - | | 11,815 | 1,326,415 |
| EME | 06/14/02 | 77,000 | 1,391,600 | 14 | 11.00% | 5,547 | | 17,362 | 1,408,962 |
| EME | 06/14/02 | 150,000 | 1,541,600 | - | 11.00% | - | | 17,362 | 1,558,962 |
| EME | 06/19/02 | 130,000 | 1,671,600 | 5 | 11.00% | 2,323 | | 19,685 | 1,691,285 |
| EME | 06/28/02 | 75,000 | 1,746,600 | 9 | 11.00% | 4,534 | | 24,219 | 1,770,819 |
| EME | 06/28/02 | 85,000 | 1,831,600 | - | 11.00% | - | | 24,219 | 1,855,819 |
| EME | 07/12/02 | 35,000 | 1,866,600 | 14 | 11.00% | 7,728 | | 31,947 | 1,898,547 |
| EME | 07/12/02 | 80,000 | 1,946,600 | - | 11.00% | - | | 31,947 | 1,978,547 |
| EME | 07/26/02 | 77,000 | 2,023,600 | 14 | 11.00% | 8,213 | | 40,160 | 2,063,760 |
| EME | 07/31/02 | 463,000 | 2,486,600 | 5 | 11.00% | 3,049 | | 43,209 | 2,529,809 |
| EME | 08/09/02 | 120,000 | 2,606,600 | 9 | 11.00% | 6,744 | | 49,953 | 2,656,553 |
| EME | 08/21/02 | 33,000 | 2,639,600 | 12 | 11.00% | 9,427 | | 59,380 | 2,698,980 |
| EME | 08/23/02 | 75,000 | 2,714,600 | 2 | 11.00% | 1,591 | | 60,971 | 2,775,571 |
| EME | 08/30/02 | 150,000 | 2,864,600 | 7 | 11.00% | 5,727 | | 66,698 | 2,931,298 |
| EME | 09/03/02 | 55,000 | 2,919,600 | 4 | 11.00% | 3,453 | | 70,151 | 2,989,751 |
| EME | 09/06/02 | 48,000 | 2,967,600 | 3 | 11.00% | 2,640 | | 72,791 | 3,040,391 |
| EME | 09/20/02 | 20,000 | 2,987,600 | 14 | 11.00% | 12,521 | | 85,312 | 3,072,912 |
| EME | 09/20/02 | 30,000 | 3,017,600 | - | 11.00% | - | | 85,312 | 3,102,912 |
| EME | 10/04/02 | 31,000 | 3,048,600 | 14 | 11.00% | 12,732 | | 98,044 | 3,146,644 |
| EME | 10/04/02 | 60,000 | 3,108,600 | - | 11.00% | - | | 98,044 | 3,206,644 |
| EME | 10/10/02 | 20,000 | 3,128,600 | 6 | 11.00% | 5,621 | | 103,665 | 3,232,265 |
| EME | 10/18/02 | 33,000 | 3,161,600 | 8 | 11.00% | 7,543 | | 111,208 | 3,272,808 |
| EME | 11/01/02 | 33,000 | 3,194,600 | 14 | 11.00% | 13,339 | | 124,547 | 3,319,147 |
| EME | 11/06/02 | 25,000 | 3,219,600 | 5 | 11.00% | 4,814 | | 129,361 | 3,348,961 |
| EME | 11/13/02 | 26,000 | 3,245,600 | 7 | 11.00% | 6,792 | | 136,153 | 3,381,753 |
| EME | 11/14/02 | 60,000 | 3,305,600 | 1 | 11.00% | 978 | | 137,131 | 3,442,731 |
| EME | 11/21/02 | 27,500 | 3,333,100 | 7 | 11.00% | 6,973 | | 144,104 | 3,477,204 |
| EME | 11/26/02 | 10,000 | 3,343,100 | 5 | 11.00% | 5,022 | | 149,126 | 3,492,226 |
| EME | 12/13/02 | 8,000 | 3,351,100 | 17 | 11.00% | 17,128 | | 166,254 | 3,517,354 |
| EME | 12/19/02 | 30,000 | 3,381,100 | 6 | 11.00% | 6,060 | | 172,314 | 3,553,414 |
| EME | 12/24/02 | 7,000 | 3,388,100 | 5 | 11.00% | 5,095 | | 177,409 | 3,565,509 |
| EME | 12/31/02 | | 3,388,100 | 7 | 11.00% | 7,147 | | 184,556 | 3,572,656 |
| EME | 01/06/03 | 33,000 | 3,421,100 | 6 | 11.00% | 6,126 | | 190,682 | 3,611,782 |
| EME | 01/06/03 | 50,000 | 3,471,100 | - | 11.00% | - | | 190,682 | 3,661,782 |
| EME | 01/10/03 | 15,000 | 3,486,100 | 4 | 11.00% | 4,184 | | 194,866 | 3,680,966 |
| EME | 01/24/03 | 13,000 | 3,499,100 | 14 | 11.00% | 14,708 | | 209,574 | 3,708,674 |
| EME | 01/24/03 | 70,000 | 3,569,100 | - | 11.00% | - | | 209,574 | 3,778,674 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | | | | These columns represent Stellar borrowings given to EmergeCore | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
| **DBSI - Stellar - EME** | | | | | | | | | |
| EME | 02/07/03 | 18,000 | 3,587,100 | 14 | 11.00% | 15,059 | | 224,633 | 3,811,733 |
| EME | 02/18/03 | 5,000 | 3,592,100 | 11 | 11.00% | 11,891 | | 236,524 | 3,828,624 |
| EME | 02/18/03 | 13,000 | 3,605,100 | - | 11.00% | | | 236,524 | 3,841,624 |
| EME | 02/21/03 | 20,000 | 3,625,100 | 3 | 11.00% | 3,259 | | 239,783 | 3,864,883 |
| EME | 03/06/03 | 17,000 | 3,642,100 | 13 | 11.00% | 14,202 | | 253,985 | 3,896,085 |
| EME | 03/06/03 | 30,000 | 3,672,100 | - | 11.00% | | | 253,985 | 3,926,085 |
| EME | 03/07/03 | 23,000 | 3,695,100 | 1 | 11.00% | 1,107 | | 255,092 | 3,950,192 |
| EME | 03/17/03 | 10,000 | 3,705,100 | 10 | 11.00% | 11,136 | | 266,228 | 3,971,328 |
| EME | 03/17/03 | 12,000 | 3,717,100 | - | 11.00% | - | | 266,228 | 3,983,328 |
| EME | 04/30/03 | | 3,717,100 | 44 | 11.00% | 49,290 | | 315,518 | 4,032,618 |
| EME | 05/29/03 | 30,000 | 3,747,100 | 29 | 11.00% | 32,486 | | 348,004 | 4,095,104 |
| EME | 05/30/03 | 75,000 | 3,822,100 | 1 | 11.00% | 1,129 | | 349,133 | 4,171,233 |
| EME | 05/31/03 | | 3,822,100 | 1 | 11.00% | 1,152 | | 350,285 | 4,172,385 |
| EME | 06/17/03 | 12,000 | 3,834,100 | 17 | 11.00% | 19,582 | | 369,867 | 4,203,967 |
| EME | 06/30/03 | | 3,834,100 | 13 | 11.00% | 15,021 | | 384,888 | 4,218,988 |
| EME | 07/31/03 | | 3,834,100 | 31 | 11.00% | 35,820 | | 420,708 | 4,254,808 |
| EME | 08/04/03 | 42,000 | 3,876,100 | 4 | 11.00% | 4,622 | | 425,330 | 4,301,430 |
| EME | 08/31/03 | | 3,876,100 | 27 | 11.00% | 31,540 | | 456,870 | 4,332,970 |
| EME | 09/30/03 | | 3,876,100 | 30 | 11.00% | 35,044 | | 491,914 | 4,368,014 |
| E | 10/31/03 | | 3,876,100 | 31 | 11.00% | 36,212 | | 528,126 | 4,404,226 |
| EME | 11/30/03 | | 3,876,100 | 30 | 11.00% | 35,044 | | 563,170 | 4,439,270 |
| EME | 12/31/03 | | 3,876,100 | 31 | 11.00% | 36,212 | | 599,382 | 4,475,482 |
| EME | 01/31/04 | | 3,876,100 | 31 | 11.00% | 36,212 | | 635,594 | 4,511,694 |
| EME | 02/29/04 | | 3,876,100 | 29 | 11.00% | 33,876 | | 669,470 | 4,545,570 |
| EME | 03/31/04 | | 3,876,100 | 31 | 11.00% | 36,212 | | 705,682 | 4,581,782 |
| EME | 04/30/04 | | 3,876,100 | 30 | 11.00% | 35,044 | | 740,726 | 4,616,826 |
| EME | 05/31/04 | | 3,876,100 | 31 | 11.00% | 36,212 | | 776,938 | 4,653,038 |
| EME | 06/30/04 | | 3,876,100 | 30 | 11.00% | 35,044 | | 811,982 | 4,688,082 |
| EME | 07/31/04 | | 3,876,100 | 31 | 11.00% | 36,212 | | 848,194 | 4,724,294 |
| EME | 08/31/04 | | 3,876,100 | 31 | 11.00% | 36,212 | | 884,406 | 4,760,506 |
| EME | 09/30/04 | | 3,876,100 | 30 | 11.00% | 35,044 | | 919,450 | 4,795,550 |
| EME | 10/31/04 | | 3,876,100 | 31 | 11.00% | 36,212 | | 955,662 | 4,831,762 |
| EME | 11/30/04 | | 3,876,100 | 30 | 11.00% | 35,044 | | 990,706 | 4,866,806 |
| EME | 12/31/04 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,026,918 | 4,903,018 |
| EME | 01/31/05 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,063,130 | 4,939,230 |
| EME | 02/28/05 | | 3,876,100 | 28 | 11.00% | 32,708 | | 1,095,838 | 4,971,938 |
| EME | 03/31/05 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,132,050 | 5,008,150 |
| EME | 04/30/05 | | 3,876,100 | 30 | 11.00% | 35,044 | | 1,167,094 | 5,043,194 |
| EME | 05/31/05 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,203,306 | 5,079,406 |
| EME | 06/30/05 | | 3,876,100 | 30 | 11.00% | 35,044 | | 1,238,350 | 5,114,450 |
| EME | 07/31/05 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,274,562 | 5,150,662 |
| EME | 08/31/05 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,310,774 | 5,186,874 |
| EME | 09/30/05 | | 3,876,100 | 30 | 11.00% | 35,044 | | 1,345,818 | 5,221,918 |
| EME | 10/31/05 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,382,030 | 5,258,130 |
| EM | 11/30/05 | | 3,876,100 | 30 | 11.00% | 35,044 | | 1,417,074 | 5,293,174 |
| E | 12/31/05 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,453,286 | 5,329,386 |
| EME | 01/31/06 | | 3,876,100 | 31 | 11.00% | 36,212 | | 1,489,498 | 5,365,598 |
| EME | 02/28/06 | | 3,876,100 | 28 | 11.00% | 32,708 | | 1,522,206 | 5,398,306 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | These columns represent Stellar borrowings given to iTerra | | | | | | |

**DBSI - Stellar - ITC**

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| ITC | 03/15/02 | 200,000 | 200,000 | - | 11.00% | - | | - | 200,000 |
| ITC | 04/01/02 | 250,000 | 450,000 | 17 | 11.00% | 1,025 | | 1,025 | 451,025 |
| ITC | 04/05/02 | 106,000 | 556,000 | 4 | 11.00% | 542 | | 1,567 | 557,567 |
| ITC | 04/15/02 | 100,000 | 656,000 | 10 | 11.00% | 1,676 | | 3,243 | 659,243 |
| ITC | 04/19/02 | 138,100 | 794,100 | 4 | 11.00% | 791 | | 4,034 | 798,134 |
| ITC | 04/26/02 | 11,120 | 805,220 | 7 | 11.00% | 1,675 | | 5,709 | 810,929 |
| ITC | 05/02/02 | 225,000 | 1,030,220 | 6 | 11.00% | 1,456 | | 7,165 | 1,037,385 |
| ITC | 05/03/02 | 82,500 | 1,112,720 | 1 | 11.00% | 310 | | 7,475 | 1,120,195 |
| ITC | 05/17/02 | 111,900 | 1,224,620 | 14 | 11.00% | 4,695 | | 12,170 | 1,236,790 |
| ITC | 05/22/02 | 200,000 | 1,424,620 | 5 | 11.00% | 1,845 | | 14,015 | 1,438,635 |
| ITC | 05/31/02 | 121,000 | 1,545,620 | 9 | 11.00% | 3,864 | | 17,879 | 1,563,499 |
| ITC | 06/04/02 | 200,000 | 1,745,620 | 4 | 11.00% | 1,863 | | 19,742 | 1,765,362 |
| ITC | 06/12/02 | 40,000 | 1,785,620 | 8 | 11.00% | 4,209 | | 23,951 | 1,809,571 |
| ITC | 06/14/02 | 125,000 | 1,910,620 | 2 | 11.00% | 1,076 | | 25,027 | 1,935,647 |
| ITC | 06/19/02 | 200,000 | 2,110,620 | 5 | 11.00% | 2,879 | | 27,906 | 2,138,526 |
| ITC | 06/19/02 | 200,000 | 2,310,620 | - | 11.00% | - | | 27,906 | 2,338,526 |
| ITC | 06/26/02 | 95,000 | 2,405,620 | 7 | 11.00% | 4,874 | | 32,780 | 2,438,400 |
| ITC | 06/27/02 | 250,000 | 2,655,620 | 1 | 11.00% | 725 | | 33,505 | 2,689,125 |
| ITC | 06/28/02 | 135,000 | 2,790,620 | 1 | 11.00% | 800 | | 34,305 | 2,824,925 |
| ITC | 06/30/02 | (11,120) | 2,779,500 | 2 | 11.00% | 1,682 | | 35,987 | 2,815,487 |
| ITC | 07/10/02 | 125,000 | 2,904,500 | 10 | 11.00% | 8,377 | | 44,364 | 2,948,864 |
| ITC | 07/12/02 | 20,000 | 2,924,500 | 2 | 11.00% | 1,751 | | 46,115 | 2,970,615 |
| ITC | 07/12/02 | 128,000 | 3,052,500 | - | 11.00% | - | | 46,115 | 3,098,615 |
| ITC | 07/15/02 | 50,000 | 3,102,500 | 3 | 11.00% | 2,760 | | 48,875 | 3,151,375 |
| ITC | 07/26/02 | 165,000 | 3,267,500 | 11 | 11.00% | 10,285 | | 59,160 | 3,326,660 |
| ITC | 07/26/02 | 300,000 | 3,567,500 | - | 11.00% | - | | 59,160 | 3,626,660 |
| ITC | 07/30/02 | 344,000 | 3,911,500 | 4 | 11.00% | 4,301 | | 63,461 | 3,974,961 |
| ITC | 08/09/02 | 125,000 | 4,036,500 | 10 | 11.00% | 11,788 | | 75,249 | 4,111,749 |
| ITC | 08/09/02 | 150,000 | 4,186,500 | - | 11.00% | - | | 75,249 | 4,261,749 |
| ITC | 08/22/02 | 200,000 | 4,386,500 | 13 | 11.00% | 16,402 | | 91,651 | 4,478,151 |
| ITC | 08/23/02 | 135,000 | 4,521,500 | 1 | 11.00% | 1,322 | | 92,973 | 4,614,473 |
| ITC | 09/03/02 | 270,000 | 4,791,500 | 11 | 11.00% | 14,989 | | 107,962 | 4,899,462 |
| ITC | 09/11/02 | 163,000 | 4,954,500 | 8 | 11.00% | 11,552 | | 119,514 | 5,074,014 |
| ITC | 09/17/02 | 40,000 | 4,994,500 | 6 | 11.00% | 8,959 | | 128,473 | 5,122,973 |
| ITC | 09/20/02 | 135,000 | 5,129,500 | 3 | 11.00% | 4,516 | | 132,989 | 5,262,489 |
| ITC | 09/20/02 | 200,000 | 5,329,500 | - | 11.00% | - | | 132,989 | 5,462,489 |
| ITC | 09/30/02 | (150,000) | 5,179,500 | 10 | 11.00% | 16,062 | | 149,051 | 5,328,551 |
| ITC | 09/30/02 | (40,000) | 5,139,500 | - | 11.00% | - | | 149,051 | 5,288,551 |
| ITC | 10/04/02 | 128,000 | 5,267,500 | 4 | 11.00% | 6,196 | | 155,247 | 5,422,747 |
| ITC | 10/11/02 | 230,000 | 5,497,500 | 7 | 11.00% | 11,112 | | 166,359 | 5,663,859 |
| ITC | 10/18/02 | 133,000 | 5,630,500 | 7 | 11.00% | 11,597 | | 177,956 | 5,808,456 |
| ITC | 10/25/02 | 200,000 | 5,830,500 | 7 | 11.00% | 11,878 | | 189,834 | 6,020,334 |
| ITC | 11/01/02 | 210,000 | 6,040,500 | 7 | 11.00% | 12,300 | | 202,134 | 6,242,634 |
| ITC | 11/04/02 | 300,000 | 6,340,500 | 3 | 11.00% | 5,461 | | 207,595 | 6,548,095 |
| ITC | 11/14/02 | | 6,340,500 | 10 | 11.00% | 19,108 | | 226,703 | 6,567,203 |
| ITC | 11/15/02 | 132,000 | 6,472,500 | 1 | 11.00% | 1,911 | | 228,614 | 6,701,114 |
| ITC | 11/20/02 | 175,000 | 6,647,500 | 5 | 11.00% | 9,753 | | 238,367 | 6,885,867 |
| ITC | 11/27/02 | 135,000 | 6,782,500 | 7 | 11.00% | 14,023 | | 252,390 | 7,034,890 |
| ITC | 12/13/02 | 131,000 | 6,913,500 | 16 | 11.00% | 32,705 | | 285,095 | 7,198,595 |
| ITC | 12/13/02 | 155,000 | 7,068,500 | - | 11.00% | - | | 285,095 | 7,353,595 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | | | | | | | These columns represent Stellar borrowings given to iTerra | | |
| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| **DBSI - Stellar - ITC** | | | | | | | | | |
| ITC | 12/20/02 | 95,025 | 7,163,525 | 7 | 11.00% | 14,912 | | 300,007 | 7,463,532 |
| ITC | 12/26/02 | 131,000 | 7,294,525 | 6 | 11.00% | 12,953 | | 312,960 | 7,607,485 |
| ITC | 12/31/02 | | 7,294,525 | 5 | 11.00% | 10,992 | | 323,952 | 7,618,477 |
| ITC | 01/06/03 | 250,000 | 7,544,525 | 6 | 11.00% | 13,190 | | 337,142 | 7,881,667 |
| ITC | 01/10/03 | 87,000 | 7,631,525 | 4 | 11.00% | 9,095 | | 346,237 | 7,977,762 |
| ITC | 01/20/03 | 175,000 | 7,806,525 | 10 | 11.00% | 22,999 | | 369,236 | 8,175,761 |
| ITC | 01/24/03 | 132,000 | 7,938,525 | 4 | 11.00% | 9,411 | | 378,647 | 8,317,172 |
| ITC | 02/04/03 | 300,000 | 8,238,525 | 11 | 11.00% | 26,317 | | 404,964 | 8,643,489 |
| ITC | 02/07/03 | 191,000 | 8,429,525 | 3 | 11.00% | 7,449 | | 412,413 | 8,841,938 |
| ITC | 02/18/03 | 200,000 | 8,629,525 | 11 | 11.00% | 27,944 | | 440,357 | 9,069,882 |
| ITC | 02/21/03 | 120,000 | 8,749,525 | 3 | 11.00% | 7,802 | | 448,159 | 9,197,684 |
| ITC | 02/26/03 | 140,308 | 8,889,833 | 5 | 11.00% | 13,184 | | 461,343 | 9,351,176 |
| ITC | 03/06/03 | 178,000 | 9,067,833 | 8 | 11.00% | 21,433 | | 482,776 | 9,550,609 |
| ITC | 03/07/03 | 121,000 | 9,188,833 | 1 | 11.00% | 2,733 | | 485,509 | 9,674,342 |
| ITC | 03/11/03 | 28,000 | 9,216,833 | 4 | 11.00% | 11,077 | | 496,586 | 9,713,419 |
| ITC | 03/18/03 | | 9,216,833 | 7 | 11.00% | 19,444 | | 516,030 | 9,732,863 |
| ITC | 03/20/03 | 130,000 | 9,346,833 | 2 | 11.00% | 5,555 | | 521,585 | 9,868,418 |
| ITC | 03/21/03 | 134,000 | 9,480,833 | 1 | 11.00% | 2,817 | | 524,402 | 10,005,235 |
| ITC | 04/04/03 | 198,000 | 9,678,833 | 14 | 11.00% | 40,001 | | 564,403 | 10,243,236 |
| ITC | 04/15/03 | 84,000 | 9,762,833 | 11 | 11.00% | 32,086 | (84,000) | 512,489 | 10,275,322 |
| ITC | 04/15/03 | | 9,762,833 | - | 11.00% | - | | 512,489 | 10,275,322 |
| ITC | 04/18/03 | 306,000 | 10,068,833 | 3 | 11.00% | 8,827 | | 521,316 | 10,590,149 |
| ITC | 04/25/03 | 28,000 | 10,096,833 | 7 | 11.00% | 21,241 | | 542,557 | 10,639,390 |
| ITC | 05/01/03 | 150,000 | 10,246,833 | 6 | 11.00% | 18,257 | | 560,814 | 10,807,647 |
| ITC | 05/02/03 | 12,000 | 10,258,833 | 1 | 11.00% | 3,088 | | 563,902 | 10,822,735 |
| ITC | 05/06/03 | 10,000 | 10,268,833 | 4 | 11.00% | 12,367 | | 576,269 | 10,845,102 |
| ITC | 05/09/03 | 200,000 | 10,468,833 | 3 | 11.00% | 9,284 | | 585,553 | 11,054,386 |
| ITC | 05/28/03 | 100,000 | 10,568,833 | 19 | 11.00% | 59,945 | | 645,498 | 11,214,331 |
| ITC | 05/29/03 | 97,000 | 10,665,833 | 1 | 11.00% | 3,185 | | 648,683 | 11,314,516 |
| ITC | 05/30/03 | 200,000 | 10,865,833 | 1 | 11.00% | 3,214 | | 651,897 | 11,517,730 |
| ITC | 06/17/03 | 100,000 | 10,965,833 | 18 | 11.00% | 58,943 | | 710,840 | 11,676,673 |
| ITC | 06/20/03 | 100,000 | 11,065,833 | 3 | 11.00% | 9,914 | | 720,754 | 11,786,587 |
| ITC | 06/27/03 | 98,000 | 11,163,833 | 7 | 11.00% | 23,344 | | 744,098 | 11,907,931 |
| ITC | 07/08/03 | 150,000 | 11,313,833 | 11 | 11.00% | 37,009 | | 781,107 | 12,094,940 |
| ITC | 07/31/03 | | 11,313,833 | 23 | 11.00% | 78,422 | | 859,529 | 12,173,362 |
| ITC | 08/31/03 | | 11,313,833 | 31 | 11.00% | 105,699 | | 965,228 | 12,279,061 |
| ITC | 09/01/03 | | 11,313,833 | 1 | 11.00% | 3,410 | - | 968,638 | 12,282,471 |
| ITC | 09/30/03 | | 11,313,833 | 29 | 11.00% | 98,880 | | 1,067,518 | 12,381,351 |
| ITC | 10/31/03 | | 11,313,833 | 31 | 11.00% | 105,699 | | 1,173,217 | 12,487,050 |
| ITC | 11/30/03 | | 11,313,833 | 30 | 11.00% | 102,289 | | 1,275,506 | 12,589,339 |
| ITC | 12/31/03 | | 11,313,833 | 31 | 11.00% | 105,699 | | 1,381,205 | 12,695,038 |
| ITC | 01/31/04 | | 11,313,833 | 31 | 11.00% | 105,699 | | 1,486,904 | 12,800,737 |
| ITC | 02/29/04 | | 11,313,833 | 29 | 11.00% | 98,880 | | 1,585,784 | 12,899,617 |
| ITC | 03/31/04 | | 11,313,833 | 31 | 11.00% | 105,699 | | 1,691,483 | 13,005,316 |
| ITC | 04/30/04 | | 11,313,833 | 30 | 11.00% | 102,289 | | 1,793,772 | 13,107,605 |
| ITC | 05/17/04 | | 11,313,833 | 17 | 11.00% | 57,964 | (84,000) | 1,767,736 | 13,081,569 |
| ITC | 05/31/04 | | 11,313,833 | 14 | 11.00% | 47,735 | | 1,815,471 | 13,129,304 |
| ITC | 06/30/04 | | 11,313,833 | 30 | 11.00% | 102,289 | | 1,917,760 | 13,231,593 |
| ITC | 07/31/04 | | 11,313,833 | 31 | 11.00% | 105,699 | | 2,023,459 | 13,337,292 |
| ITC | 08/31/04 | | 11,313,833 | 31 | 11.00% | 105,699 | | 2,129,158 | 13,442,991 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | These columns represent Stellar borrowings given to iTerra | | | | | | |

**DBSI - Stellar - ITC**

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| ITC | 09/30/04 | | 11,313,833 | 30 | 11.00% | 102,289 | | 2,231,447 | 13,545,280 |
| ITC | 10/31/04 | | 11,313,833 | 31 | 11.00% | 105,699 | | 2,337,146 | 13,650,979 |
| ITC | 11/30/04 | | 11,313,833 | 30 | 11.00% | 102,289 | | 2,439,435 | 13,753,268 |
| ITC | 12/31/04 | | 11,313,833 | 31 | 11.00% | 105,699 | (37,813) | 2,507,321 | 13,821,154 |
| ITC | 01/31/05 | | 11,313,833 | 31 | 11.00% | 105,699 | | 2,613,020 | 13,926,853 |
| ITC | 02/28/05 | | 11,313,833 | 28 | 11.00% | 95,470 | | 2,708,490 | 14,022,323 |
| ITC | 03/31/05 | | 11,313,833 | 31 | 11.00% | 105,699 | | 2,814,189 | 14,128,022 |
| ITC | 04/30/05 | | 11,313,833 | 30 | 11.00% | 102,289 | | 2,916,478 | 14,230,311 |
| ITC | 05/31/05 | | 11,313,833 | 31 | 11.00% | 105,699 | | 3,022,177 | 14,336,010 |
| ITC | 06/30/05 | | 11,313,833 | 30 | 11.00% | 102,289 | | 3,124,466 | 14,438,299 |
| ITC | 07/31/05 | | 11,313,833 | 31 | 11.00% | 105,699 | | 3,230,165 | 14,543,998 |
| ITC | 08/31/05 | | 11,313,833 | 31 | 11.00% | 105,699 | | 3,335,864 | 14,649,697 |
| ITC | 09/30/05 | | 11,313,833 | 30 | 11.00% | 102,289 | | 3,438,153 | 14,751,986 |
| ITC | 10/31/05 | | 11,313,833 | 31 | 11.00% | 105,699 | | 3,543,852 | 14,857,685 |
| ITC | 11/30/05 | | 11,313,833 | 30 | 11.00% | 102,289 | | 3,646,141 | 14,959,974 |
| ITC | 12/31/05 | | 11,313,833 | 31 | 11.00% | 105,699 | | 3,751,840 | 15,065,673 |
| ITC | 01/31/06 | | 11,313,833 | 31 | 11.00% | 105,699 | | 3,857,539 | 15,171,372 |
| ITC | 02/28/06 | | 11,313,833 | 28 | 11.00% | 95,470 | | 3,953,009 | 15,266,842 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | | | These columns represent Stellar borrowings given to Wavetronix | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
| **DBSI - Stellar - WAV** | | | | | | | | | |
| WAV | 03/20/02 | 50,000 | 50,000 | - | 11.00% | - | | - | 50,000 |
| WAV | 04/09/02 | 60,000 | 110,000 | 20 | 11.00% | 301 | | 301 | 110,301 |
| WAV | 04/15/02 | 50,000 | 160,000 | 6 | 11.00% | 199 | | 500 | 160,500 |
| WAV | 04/19/02 | 53,000 | 213,000 | 4 | 11.00% | 193 | | 693 | 213,693 |
| WAV | 05/08/02 | 45,000 | 258,000 | 19 | 11.00% | 1,220 | | 1,913 | 259,913 |
| WAV | 05/08/02 | 75,000 | 333,000 | - | 11.00% | - | | 1,913 | 334,913 |
| WAV | 05/17/02 | 56,800 | 389,800 | 9 | 11.00% | 903 | | 2,816 | 392,616 |
| WAV | 05/21/02 | 25,000 | 414,800 | 4 | 11.00% | 470 | | 3,286 | 418,086 |
| WAV | 05/21/02 | 50,000 | 464,800 | - | 11.00% | - | | 3,286 | 468,086 |
| WAV | 05/31/02 | 62,000 | 526,800 | 10 | 11.00% | 1,401 | | 4,687 | 531,487 |
| WAV | 06/06/02 | 30,000 | 556,800 | 6 | 11.00% | 953 | | 5,640 | 562,440 |
| WAV | 06/06/02 | 60,000 | 616,800 | - | 11.00% | - | | 5,640 | 622,440 |
| WAV | 06/12/02 | 30,000 | 646,800 | 6 | 11.00% | 1,115 | | 6,755 | 653,555 |
| WAV | 06/14/02 | 12,000 | 658,800 | 2 | 11.00% | 390 | | 7,145 | 665,945 |
| WAV | 06/14/02 | 60,000 | 718,800 | - | 11.00% | - | | 7,145 | 725,945 |
| WAV | 06/20/02 | 50,000 | 768,800 | 6 | 11.00% | 1,300 | | 8,445 | 777,245 |
| WAV | 06/20/02 | 50,000 | 818,800 | - | 11.00% | - | | 8,445 | 827,245 |
| WAV | 07/02/02 | 13,000 | 831,800 | 12 | 11.00% | 2,961 | | 11,406 | 843,206 |
| WAV | 07/02/02 | 60,000 | 891,800 | - | 11.00% | - | | 11,406 | 903,206 |
| W | 07/10/02 | 20,000 | 911,800 | 8 | 11.00% | 2,150 | | 13,556 | 925,356 |
| WAV | 07/10/02 | 50,000 | 961,800 | - | 11.00% | - | | 13,556 | 975,356 |
| WAV | 07/12/02 | 13,000 | 974,800 | 2 | 11.00% | 580 | | 14,136 | 988,936 |
| WAV | 07/12/02 | 60,000 | 1,034,800 | - | 11.00% | - | | 14,136 | 1,048,936 |
| WAV | 07/26/02 | 20,000 | 1,054,800 | 14 | 11.00% | 4,366 | | 18,502 | 1,073,302 |
| WAV | 07/26/02 | 40,000 | 1,094,800 | - | 11.00% | - | | 18,502 | 1,113,302 |
| WAV | 07/26/02 | 60,000 | 1,154,800 | - | 11.00% | - | | 18,502 | 1,173,302 |
| WAV | 07/26/02 | 60,000 | 1,214,800 | - | 11.00% | - | | 18,502 | 1,233,302 |
| WAV | 08/12/02 | 45,000 | 1,259,800 | 17 | 11.00% | 6,224 | | 24,726 | 1,284,526 |
| WAV | 08/12/02 | 60,000 | 1,319,800 | - | 11.00% | - | | 24,726 | 1,344,526 |
| WAV | 08/13/02 | 11,000 | 1,330,800 | 1 | 11.00% | 398 | | 25,124 | 1,355,924 |
| WAV | 08/13/02 | 12,000 | 1,342,800 | - | 11.00% | - | | 25,124 | 1,367,924 |
| WAV | 08/23/02 | 10,000 | 1,352,800 | 10 | 11.00% | 4,047 | | 29,171 | 1,381,971 |
| WAV | 08/23/02 | 11,000 | 1,363,800 | - | 11.00% | - | | 29,171 | 1,392,971 |
| WAV | 08/23/02 | 30,000 | 1,393,800 | - | 11.00% | - | | 29,171 | 1,422,971 |
| WAV | 08/23/02 | 60,000 | 1,453,800 | - | 11.00% | - | | 29,171 | 1,482,971 |
| WAV | 08/26/02 | 83,000 | 1,536,800 | 3 | 11.00% | 1,314 | | 30,485 | 1,567,285 |
| WAV | 09/06/02 | 11,000 | 1,547,800 | 11 | 11.00% | 5,095 | | 35,580 | 1,583,380 |
| WAV | 09/06/02 | 22,000 | 1,569,800 | - | 11.00% | - | | 35,580 | 1,605,380 |
| WAV | 09/06/02 | 23,000 | 1,592,800 | - | 11.00% | - | | 35,580 | 1,628,380 |
| WAV | 09/06/02 | 60,000 | 1,652,800 | - | 11.00% | - | | 35,580 | 1,688,380 |
| WAV | 09/17/02 | (40,000) | 1,612,800 | 11 | 11.00% | 5,479 | | 41,059 | 1,653,859 |
| WAV | 09/17/02 | 40,000 | 1,652,800 | - | 11.00% | - | | 41,059 | 1,693,859 |
| WAV | 09/20/02 | 10,000 | 1,662,800 | 3 | 11.00% | 1,494 | | 42,553 | 1,705,353 |
| WAV | 09/20/02 | 11,000 | 1,673,800 | - | 11.00% | - | | 42,553 | 1,716,353 |
| WAV | 09/20/02 | 30,000 | 1,703,800 | - | 11.00% | - | | 42,553 | 1,746,353 |
| W | 09/20/02 | 60,000 | 1,763,800 | - | 11.00% | - | | 42,553 | 1,806,353 |
| WAV | 10/04/02 | 17,000 | 1,780,800 | 14 | 11.00% | 7,442 | | 49,995 | 1,830,795 |
| WAV | 10/04/02 | 22,000 | 1,802,800 | - | 11.00% | - | | 49,995 | 1,852,795 |
| WAV | 10/04/02 | 48,000 | 1,850,800 | - | 11.00% | - | | 49,995 | 1,900,795 |
| WAV | 10/04/02 | 57,000 | 1,907,800 | - | 11.00% | - | | 49,995 | 1,957,795 |

# Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **These columns represent Stellar borrowings given to Wavetronix** | | | | | | |
| **DBSI - Stellar - WAV** | | | | | | | | | |
| WAV | 10/18/02 | 16,500 | 1,924,300 | 14 | 11.00% | 8,049 | | 58,044 | 1,982,344 |
| WAV | 10/18/02 | 60,000 | 1,984,300 | - | 11.00% | - | | 58,044 | 2,042,344 |
| WAV | 10/29/02 | 30,000 | 2,014,300 | 11 | 11.00% | 6,578 | | 64,622 | 2,078,922 |
| WAV | 11/01/02 | 70,000 | 2,084,300 | 3 | 11.00% | 1,821 | | 66,443 | 2,150,743 |
| WAV | 11/08/02 | 50,000 | 2,134,300 | 7 | 11.00% | 4,397 | | 70,840 | 2,205,140 |
| WAV | 11/13/02 | 65,000 | 2,199,300 | 5 | 11.00% | 3,216 | | 74,056 | 2,273,356 |
| WAV | 11/14/02 | | 2,199,300 | 1 | 11.00% | 663 | | 74,719 | 2,274,019 |
| WAV | 11/20/02 | 25,000 | 2,224,300 | 6 | 11.00% | 3,977 | | 78,696 | 2,302,996 |
| WAV | 12/02/02 | 60,000 | 2,284,300 | 12 | 11.00% | 8,044 | | 86,740 | 2,371,040 |
| WAV | 12/02/02 | 150,000 | 2,434,300 | - | 11.00% | - | | 86,740 | 2,521,040 |
| WAV | 12/16/02 | 83,000 | 2,517,300 | 14 | 11.00% | 10,271 | | 97,011 | 2,614,311 |
| WAV | 12/26/02 | 81,000 | 2,598,300 | 10 | 11.00% | 7,586 | | 104,597 | 2,702,897 |
| WAV | 12/31/02 | | 2,598,300 | 5 | 11.00% | 3,915 | | 108,512 | 2,706,812 |
| WAV | 01/10/03 | 85,000 | 2,683,300 | 10 | 11.00% | 7,830 | | 116,342 | 2,799,642 |
| WAV | 01/24/03 | 81,000 | 2,764,300 | 14 | 11.00% | 11,321 | | 127,663 | 2,891,963 |
| WAV | 02/07/03 | 79,000 | 2,843,300 | 14 | 11.00% | 11,663 | | 139,326 | 2,982,626 |
| WAV | 02/18/03 | 70,000 | 2,913,300 | 11 | 11.00% | 9,426 | | 148,752 | 3,062,052 |
| WAV | 02/21/03 | 80,000 | 2,993,300 | 3 | 11.00% | 2,634 | | 151,386 | 3,144,686 |
| WAV | 03/06/03 | 37,000 | 3,030,300 | 13 | 11.00% | 11,727 | | 163,113 | 3,193,413 |
| WAV | 03/07/03 | 94,000 | 3,124,300 | 1 | 11.00% | 913 | | 164,026 | 3,288,326 |
| WAV | 03/18/03 | | 3,124,300 | 11 | 11.00% | 10,357 | | 174,383 | 3,298,683 |
| WAV | 03/20/03 | 55,000 | 3,179,300 | 2 | 11.00% | 1,883 | | 176,266 | 3,355,566 |
| WAV | 03/21/03 | 86,000 | 3,265,300 | 1 | 11.00% | 958 | | 177,224 | 3,442,524 |
| WAV | 04/04/03 | 96,000 | 3,361,300 | 14 | 11.00% | 13,777 | | 191,001 | 3,552,301 |
| WAV | 04/15/03 | 43,000 | 3,404,300 | 11 | 11.00% | 11,143 | (43,000) | 159,144 | 3,563,444 |
| WAV | 04/15/03 | | 3,404,300 | - | 11.00% | | | 159,144 | 3,563,444 |
| WAV | 04/18/03 | 73,000 | 3,477,300 | 3 | 11.00% | 3,078 | | 162,222 | 3,639,522 |
| WAV | 05/02/03 | 73,000 | 3,550,300 | 14 | 11.00% | 14,671 | | 176,893 | 3,727,193 |
| WAV | 05/15/03 | 45,000 | 3,595,300 | 13 | 11.00% | 13,909 | | 190,802 | 3,786,102 |
| WAV | 05/29/03 | 78,000 | 3,673,300 | 14 | 11.00% | 15,169 | | 205,971 | 3,879,271 |
| WAV | 06/03/03 | 53,000 | 3,726,300 | 5 | 11.00% | 5,535 | | 211,506 | 3,937,806 |
| WAV | 06/20/03 | 90,000 | 3,816,300 | 17 | 11.00% | 19,091 | | 230,597 | 4,046,897 |
| WAV | 07/08/03 | 60,000 | 3,876,300 | 18 | 11.00% | 20,702 | | 251,299 | 4,127,599 |
| WAV | 07/23/03 | 50,000 | 3,926,300 | 15 | 11.00% | 17,523 | | 268,822 | 4,195,122 |
| WAV | 07/31/03 | | 3,926,300 | 8 | 11.00% | 9,466 | | 278,288 | 4,204,588 |
| WAV | 08/11/03 | 50,000 | 3,976,300 | 11 | 11.00% | 13,016 | | 291,304 | 4,267,604 |
| WAV | 08/31/03 | | 3,976,300 | 20 | 11.00% | 23,967 | | 315,271 | 4,291,571 |
| WAV | 09/01/03 | | 3,976,300 | 1 | 11.00% | 1,198 | | 316,469 | 4,292,769 |
| WAV | 09/30/03 | | 3,976,300 | 29 | 11.00% | 34,752 | - | 351,221 | 4,327,521 |
| WAV | 10/31/03 | | 3,976,300 | 31 | 11.00% | 37,148 | | 388,369 | 4,364,669 |
| WAV | 11/30/03 | | 3,976,300 | 30 | 11.00% | 35,950 | | 424,319 | 4,400,619 |
| WAV | 12/31/03 | | 3,976,300 | 31 | 11.00% | 37,148 | | 461,467 | 4,437,767 |
| WAV | 01/31/04 | | 3,976,300 | 31 | 11.00% | 37,148 | | 498,615 | 4,474,915 |
| WAV | 02/29/04 | | 3,976,300 | 29 | 11.00% | 34,752 | | 533,367 | 4,509,667 |
| WAV | 03/31/04 | | 3,976,300 | 31 | 11.00% | 37,148 | | 570,515 | 4,546,815 |
| WAV | 04/30/04 | | 3,976,300 | 30 | 11.00% | 35,950 | | 606,465 | 4,582,765 |
| WAV | 05/17/04 | | 3,976,300 | 17 | 11.00% | 20,372 | (43,000) | 583,837 | 4,560,137 |
| WAV | 05/31/04 | | 3,976,300 | 14 | 11.00% | 16,777 | | 600,614 | 4,576,914 |
| WAV | 06/14/04 | | 3,976,300 | 14 | 11.00% | 16,777 | (100,000) | 517,391 | 4,493,691 |
| WAV | 06/30/04 | | 3,976,300 | 16 | 11.00% | 19,173 | | 536,564 | 4,512,864 |

## Interest Calculation -- DBSI GCC Funding Corporation -- Bonds Payable

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| spanning | These columns represent Stellar borrowings given to Wavetronix | | | | | | | | |

**DBSI - Stellar - WAV**

| | Date Borrowed | Principal Due | Principal Cumulative Balance | # of Days | Interest Rate | Interest Calculation | Interest Paid | Interest Cumulative Balance | Total Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|
| WAV | 07/31/04 | | 3,976,300 | 31 | 11.00% | 37,148 | | 573,712 | 4,550,012 |
| WAV | 08/31/04 | | 3,976,300 | 31 | 11.00% | 37,148 | | 610,860 | 4,587,160 |
| WAV | 09/30/04 | | 3,976,300 | 30 | 11.00% | 35,950 | | 646,810 | 4,623,110 |
| WAV | 10/31/04 | | 3,976,300 | 31 | 11.00% | 37,148 | | 683,958 | 4,660,258 |
| WAV | 11/30/04 | | 3,976,300 | 30 | 11.00% | 35,950 | | 719,908 | 4,696,208 |
| WAV | 12/31/04 | | 3,976,300 | 31 | 11.00% | 37,148 | 290,869 | 1,047,925 | 5,024,225 |
| WAV | 01/31/05 | | 3,976,300 | 31 | 11.00% | 37,148 | | 1,085,073 | 5,061,373 |
| WAV | 02/28/05 | | 3,976,300 | 28 | 11.00% | 33,553 | | 1,118,626 | 5,094,926 |
| WAV | 03/31/05 | | 3,976,300 | 31 | 11.00% | 37,148 | | 1,155,774 | 5,132,074 |
| WAV | 04/30/05 | | 3,976,300 | 30 | 11.00% | 35,950 | | 1,191,724 | 5,168,024 |
| WAV | 05/31/05 | | 3,976,300 | 31 | 11.00% | 37,148 | | 1,228,872 | 5,205,172 |
| WAV | 06/30/05 | | 3,976,300 | 30 | 11.00% | 35,950 | | 1,264,822 | 5,241,122 |
| WAV | 07/31/05 | | 3,976,300 | 31 | 11.00% | 37,148 | | 1,301,970 | 5,278,270 |
| WAV | 08/31/05 | | 3,976,300 | 31 | 11.00% | 37,148 | | 1,339,118 | 5,315,418 |
| WAV | 09/30/05 | | 3,976,300 | 30 | 11.00% | 35,950 | | 1,375,068 | 5,351,368 |
| WAV | 10/31/05 | | 3,976,300 | 31 | 11.00% | 37,148 | | 1,412,216 | 5,388,516 |
| WAV | 11/30/05 | | 3,976,300 | 30 | 11.00% | 35,950 | | 1,448,166 | 5,424,466 |
| WAV | 12/31/05 | | 3,976,300 | 31 | 11.00% | 37,148 | | 1,485,314 | 5,461,614 |
| WAV | 01/31/06 | | 3,976,300 | 31 | 11.00% | 37,148 | | 1,522,462 | 5,498,762 |
| W | 02/28/06 | | 3,976,300 | 28 | 11.00% | 33,553 | | 1,556,015 | 5,532,315 |

**Promissory Notes and Membership Units**

Promissory Note executed by BioReaction Industries LLC dated June 1, 2005 in the original principal amount of $3,186,889 payable to Stellar Technologies LLC

Promissory Note executed by EmergeCore LLC dated June 1, 2005 in the original principal amount of $3,876,100 payable to Stellar Technologies LLC

Promissory Note executed by iTerra Communications LLC dated June 1, 2005 in the original principal amount of $11,313,833 payable to Stellar Technologies LLC

Promissory Note executed by Wavetronix LLC dated June 1, 2005 in the original principal amount of $3,976,300 payable to Stellar Technologies LLC

BioReaction:
 Certificate No. 1 for 6,000,000 membership units of BioReaction LLC
 Certificate No. 9 for 31,875,000 membership units of BioReaction LLC
 Certificate No. 10 for 4,410,616 membership units of BioReaction LLC

EmergeCore:
 Certificate No. 6 for 998,000 Class A membership units of EmergeCore LLC
 Certificate No. 7 for 1,000,000 Class A membership units of EmergeCore LLC
 Certificate No. 8 for 1,000,000 Class A membership units of EmergeCore LLC
 Certificate No. 9 for 1,000,000 Class A membership units of EmergeCore LLC
 Certificate No. 10 for 2,000 Class A membership units of EmergeCore LLC
 Certificate No. 7 for 3,333 Class B membership units of EmergeCore LLC
 Certificate No. 1 for 14,000,000 Class C membership units of EmergeCore LLC

iTerra:
 Certificate No. 1 for 5,500,000 membership units of iTerra Communications LLC

Wavetronix:
 Certificate No. 1 for 8,100,000 membership units of Wavetronix, LLC